1  ROBERTA STEELE, SBN 188198 (CA)
   MARCIA L. MITCHELL, SBN 18122 (WA)
2  JAMES H. BAKER JR, SBN 291836 (CA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   450 Golden Gate Ave., 5th Floor West
4  P.O. Box 36025
   San Francisco, CA  94102
5  Telephone No. (650) 684-0950
   Fax No. (415) 522-3425
6  james.baker@eeoc.gov
7
8  Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
9  OPPORTUNITY COMMISSION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) Case No.: 4:23-cv-4984 |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| TESLA, INC. | ) **NOTICE OF APPEARANCE OF MARCIA L. MITCHELL FOR PLAINTIFF EEOC** |
| Defendant. | ) |

The Equal Employment Opportunity Commission herewith notifies the Court that Marcia L. Mitchell will be appearing as co-counsel in this case.  The EEOC respectfully requests that all future correspondence be addressed to Marcia L. Mitchell at the address, telephone number and electronic email listed below.

//

1

| | | |
|---|---|---|
| 1 | Dated: September 28, 2023 | Respectfully Submitted |
| 2 | ROBERTA STEELE | CHRISTOPHER LAGE |
| 3 | Regional Attorney | Deputy General Counsel |
| 4 | MARCIA MITCHELL | Office of the General Counsel |
| 5 | Assistant Regional Attorney | 131 M Street, N.E. |
|   |   | Washington, D.C. 20507 |
| 6 | JAMES H. BAKER | |
|   | Senior Trial Attorney | |

BY: /s/Marcia L. Mitchell.
MARCIA L. MITCHELL
Assistant Regional Attorney
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0934
Fax No. (415) 522-3425
marcia.mitchell@eeoc.gov

Attorneys for Plaintiff

2