ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>TESLA, INC.<br><br>          Defendant. | Case No.: 4:23-cv-4984<br><br>**NOTICE OF APPEARANCE OF JAMES H. BAKER FOR PLAINTIFF EEOC** |

      The Equal Employment Opportunity Commission herewith notifies the Court that James H. Baker will be appearing as co-counsel in this case.  The EEOC respectfully requests that all future correspondence be addressed to James H. Baker at the address, telephone number and electronic email listed below.

//

| | |
|---|---|
| Dated: September 29, 2023 | Respectfully Submitted |
| ROBERTA STEELE<br>Regional Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| MARCIA MITCHELL<br>Assistant Regional Attorney | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |
| JAMES H. BAKER<br>Senior Trial Attorney | |

BY:  /s/James H. Baker Jr.
JAMES H. BAKER
Senior Trial Attorney
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 29th day of September, 2023

<u>/s/ Jimmy Yen</u>
JIMMY YEN
Paralegal Specialist
Equal Employment Opportunity Commission
909 First Ave., Suite 400
Seattle, Washington 98104
Telephone: 206-576-3043
Fax: 206-220-6911
Email: jimmy.yen@eeoc.gov