ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0933
Fax No. (415) 522-3425
kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.<br><br>Defendant. | Case No.: 4:23-cv-04984-KAW<br><br>**PLAINTIFF EEOC NOTICE OF APPEARANCE (KENA CADOR)** |

TO:   THE CLERK OF THE COURT AND ALL PARTIES TO THE INSTANT ACTION:

Please take notice that the clerk is hereby asked to enter the appearance of Kena C. Cador, Trial Attorney, to represent plaintiff U.S. Equal Employment Opportunity Commission (EEOC) in the instant lawsuit.  Lead counsel for the EEOC, James H. Baker, will remain the same.  The Clerk is requested to change the docket sheet and other court records so as to reflect that all Orders and communications from the court will be copied to Ms. Cador as indicated above.

/ / /

/ / /

All service on the EEOC should be made to all counsel of record for the EEOC.

Dated: October 24, 2023

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| MARCIA L. MITCHELL<br>Assistant Regional Trial Attorney | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |
| JAMES H. BAKER<br>Senior Trial Attorney | |

BY:  */s/ Kena C. Cador*
KENA C. CADOR
Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone (650) 684-0933
kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*