| | |
|---|---|
| 1 | ROBERTA STEELE, SBN 188198 (CA) |
| 2 | MARCIA L. MITCHELL, SBN 18122 (WA)<br>JAMES H. BAKER, SBN 291836 (CA) |
| 3 | KENA C. CADOR, SBN 321094 (CA)<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| 4 | San Francisco District Office<br>450 Golden Gate Ave., 5th Floor West |
| 5 | P.O. Box 36025<br>San Francisco, CA  94102 |
| 6 | Telephone No. (650) 684-0950<br>Fax No. (415) 522-3425 |
| 7 | james.baker@eeoc.gov |
| 8 | *Attorneys for Plaintiff EEOC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>    vs.<br><br>TESLA, INC.,<br><br>          Defendant. | Case No.: 4:23-cv-04984-KAW<br><br>**PROOF OF SERVICE (WAIVER)** |

I am, and was at the time the herein service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed by the Office of General Counsel, in the San Francisco District Office of the United States Equal Employment Opportunity Commission.

My business address is U.S. Equal Employment Opportunity Commission, San Francisco District Office, 450 Golden Gate Ave., 5th Floor West, P.O. Box 36025, San Francisco, CA  94102.

On the date that this declaration was executed, as shown below, I served the following document(s):

**NOTICE OF WAIVER**

**WAIVER OF SERVICE**

| | |
|---|---|
| 1 | **COMPLAINT (ECF 1)** |
| 2 | **CIVIL COVER SHEET (ECF 1-1)** |
| 3 | **PROPOSED SUMMONS (ECF 2)** |
| 4 | **EEOC NOTICE OF APPEARANCE-MITCHELL (ECF 3)** |
| 5 | **MINUTE ENTRY RE JUDGE ASSIGNMENT-WESTMORE (ECF 4)** |
| 6 | **EEOC NOTICE OF APPEARANCE-BAKER (ECF 5)** |
| 7 | **ISSUED SUMMONS (ECF 6)** |
| 8 | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (ECF 7)** |
| 9 | **EEOC CONSENT TO MAGISTRATE JUDGE (ECF 8)** |
| 10 | **EEOC NOTICE OF APPEARANCE-CADOR (ECF 9)** |
| 11-12 | **CAND GENERAL ORDER NO. 71 - INITIAL DISCOVERY PROTOCOLS FOR EMPLOYMENT CASES ALLEGING ADVERSE ACTION** |
| 13-14 | **CAND NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, WITH MAGISTRATE CONSENT/DECLINATION FORM** |
| 15-16 | **CAND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA** |
| 17 | **CAND STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE** |
| 18 | **PROOF OF SERVICE** |

via electronic mail during the normal course of business on the following person(s):

Tesla, Inc.
c/o Tina Tellado, Esq., *Counsel of Record*
HOLLAND & KNIGHT
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA 90067
Christina.Tellado@hklaw.com

     I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2023, at Phoenix, Arizona.

_____
Colleen D. McCartney