Thomas E. Hill (SBN 100861)
thomas.hill@hklaw.com
Christina T. Tellado (SBN 298597)
christina.tellado@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Attorneys for Defendant
TESLA, INC.

(*Additional counsel listed on next page*)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC.,<br><br>　　　　Defendant. | Case No. 4:23-cv-4984<br><br>**NOTICE OF APPEARANCE OF CHRISTINA T. TELLADO ON BEHALF OF DEFENDANT TESLA, INC.** |

1  Sara A. Begley (*pro hac vice admission pending*)
   sara.begley@hklaw.com
2  HOLLAND & KNIGHT LLP
   1650 Market Street, Suite 3300
3  Philadelphia, Pennsylvania  19103
   Telephone:  (215) 252-9600
4  Facsimile:   (215) 867-6070

5  Samuel J. Stone (SBN 317013)
   sam.stone@hklaw.com
6  Mary T. Vu (SBN 323088)
   mary.vu@hklaw.com
7  HOLLAND & KNIGHT LLP
   400 South Hope Street, 8th Floor
8  Los Angeles, California  90071
   Telephone:  (213) 896-2400
9  Facsimile:   (213) 896-2450

10 Raymond A. Cardozo (SBN 173263)
   rcardozo@reedsmith.com
11 REED SMITH LLP
   101 Second Street, Suite 1800
12 San Francisco, California  94105-3659
   Telephone:  (415) 543-8700
13 Facsimile:   (415) 391-8269

14 Tyree P. Jones Jr. (SBN 127631)
   tpjones@reedsmith.com
15 REED SMITH LLP
   1301 K Street, N.W., Suite 1000
16 Washington, DC  20005-3317
   Telephone:  (202) 414-9200
17 Facsimile:   (202) 414-9299

18 Attorneys for Defendant TESLA, INC.

19

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

NOTICE OF APPEARANCE OF CHRISTINA T. TELLADO
Case No.: 4:23-cv-4984

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2), of the appearance of Christina T. Tellado of Holland & Knight LLP, as counsel of record for Defendant Tesla, Inc. in the above-entitled action.  I am licensed to practice law in the State of California, a member in good standing of the California State Bar, and am admitted to practice before the United States District Court of the Northern District of California.  Tesla, Inc. respectfully requests that all future correspondence be addressed to Christina Tellado at the following address, telephone number, and e-mail address:

> HOLLAND & KNIGHT LLP
> Christina T. Tellado
> 400 South Hope Street, 8th Floor
> Los Angeles, CA 90071
> christina.tellado@hklaw.com
> Telephone:  (213) 896-2440

Dated:  December 11, 2023

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: */s/ Christina T. Tellado*
Christina T. Tellado
*Attorneys for Defendant*
TESLA, INC.