1  Thomas E. Hill (SBN 100861)
   thomas.hill@hklaw.com
2  Christina T. Tellado (SBN 298597)
   christina.tellado@hklaw.com
3  HOLLAND & KNIGHT LLP
   400 South Hope Street, 8th Floor
4  Los Angeles, California  90071
   Telephone:  (213) 896-2400
5  Facsimile:   (213) 896-2450

6  Attorneys for Defendant, TESLA, INC.

7  (*Additional counsel listed on next page*)

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11

12  UNITED STATES EQUAL EMPLOYMENT      Case No.: 4:23-cv-04984
    OPPORTUNITY COMMISSION,
13
                  Plaintiff,            **APPLICATION FOR ADMISSION OF**
14                                      **ATTORNEY PRO HAC VICE**
          v.                            (CIVIL LOCAL RULE 11-3)
15
    TESLA, INC.,
16
                  Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

Sara A. Begley (*pro hac vice pending*)
sara.begley@hklaw.com
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania  19103
Telephone:  (215) 252-9600
Facsimile:   (215) 867-6070

Samuel J. Stone (SBN 317013)
sam.stone@hklaw.com
Mary T. Vu (SBN 323088)
mary.vu@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Raymond A. Cardozo (SBN 173263)
rcardozo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California  94105-3659
Telephone:  (415) 543-8700
Facsimile:   (415) 391-8269

Tyree P. Jones Jr. (SBN 127631)
tpjones@reedsmith.com
REED SMITH LLP
1301 K Street, N.W., Suite 1000
Washington, DC  20005-3317
Telephone:  (202) 414-9200
Facsimile:   (202) 414-9299

Attorneys for Defendant TESLA, INC.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: 4:23-cv-04984

– 1 –

I, Sara A. Begley, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant, Tesla, Inc. in the above-entitled action. My local co-counsel in this case is Christina T. Tellado, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 298597.

| HOLLAND & KNIGHT LLP<br>One Liberty Place<br>1650 Market Street, Suite 3300<br>Philadelphia, PA  19103<br><br>MY ADDRESS OF RECORD | HOLLAND & KNIGHT LLP<br>400 South Hope Street, 8th Floor<br>Los Angeles, California  90071<br><br><br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
|---|---|
| (215) 252-9531<br><br>MY TELEPHONE # OF RECORD | (213) 896-2440<br><br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sara.begley@hklaw.com<br><br>MY EMAIL ADDRESS OF RECORD | christina.tellado@hklaw.com<br><br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State (Pennsylvania), as indicated above; my Pennsylvania bar number is: 49120.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: 4:23-cv-04984

– 2 –

1 | Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 11, 2023

_____
SARA A. BEGLEY, APPLICANT

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: 4:23-cv-04984

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sara A. Begley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

– 1 –

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: 4:23-cv-04984



### Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Sara Ann Begley, Esq.

**DATE OF ADMISSION**

*June 3, 1987*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 27, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk