UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff(s), v. <br><br> TESLA, INC., <br><br> Defendant(s). | Case No. 4:23-cv-04984 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Sara A. Begley, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant, Tesla, Inc. in the above-entitled action. My local co-counsel in this case is Christina T. Tellado, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 298597.

| | |
|---|---|
| HOLLAND & KNIGHT LLP <br> One Liberty Place, 1650 Market Street, Suite 3300, <br> Philadelphia, PA 19103 <br> MY ADDRESS OF RECORD | HOLLAND & KNIGHT LLP <br> 400 South Hope Street, 8th Floor <br> Los Angeles, California 90071 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (215) 252-9531 <br> MY TELEPHONE # OF RECORD | (213) 896-2440 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sara.begley@hklaw.com <br> MY EMAIL ADDRESS OF RECORD | christina.tellado@hklaw.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 49120.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2023                                   Sara A. Begley
                                                                            APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sara A. Begley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                        _____
                                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE



## Supreme Court of Pennsylvania

**CERTIFICATE OF GOOD STANDING**

*Sara Ann Begley, Esq.*

**DATE OF ADMISSION**

*June 3, 1987*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 27, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk