Thomas E. Hill (SBN 100861)
thomas.hill@hklaw.com
Christina T. Tellado (SBN 298597)
christina.tellado@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Attorneys for Defendant
TESLA, INC.

(*Additional counsel listed on next page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC.,<br><br>　　　　　　Defendant. | Case No. 4:23-cv-4984<br><br>**NOTICE OF APPEARANCE OF THOMAS E. HILL ON BEHALF OF DEFENDANT TESLA, INC.** |

| | |
|---|---|
| 1 | Sara A. Begley (*pro hac vice admission pending*) |
| 2 | sara.begley@hklaw.com<br>HOLLAND & KNIGHT LLP |
| 3 | 1650 Market Street, Suite 3300<br>Philadelphia, Pennsylvania  19103 |
| 4 | Telephone:  (215) 252-9600<br>Facsimile:   (215) 867-6070 |
| 5 | Samuel J. Stone (SBN 317013) |
| 6 | sam.stone@hklaw.com<br>Mary T. Vu (SBN 323088) |
| 7 | mary.vu@hklaw.com<br>HOLLAND & KNIGHT LLP |
| 8 | 400 South Hope Street, 8th Floor<br>Los Angeles, California  90071 |
| 9 | Telephone:  (213) 896-2400<br>Facsimile:   (213) 896-2450 |
| 10 | Raymond A. Cardozo (SBN 173263) |
| 11 | rcardozo@reedsmith.com<br>REED SMITH LLP |
| 12 | 101 Second Street, Suite 1800<br>San Francisco, California  94105-3659 |
| 13 | Telephone:  (415) 543-8700<br>Facsimile:   (415) 391-8269 |
| 14 | Tyree P. Jones Jr. (SBN 127631) |
| 15 | tpjones@reedsmith.com<br>REED SMITH LLP |
| 16 | 1301 K Street, N.W., Suite 1000<br>Washington, DC  20005-3317 |
| 17 | Telephone:  (202) 414-9200<br>Facsimile:   (202) 414-9299 |
| 18 | Attorneys for Defendant TESLA, INC. |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2), of the appearance of Thomas E. Hill of Holland & Knight LLP, as counsel of record for Defendant Tesla, Inc. in the above-entitled action.  I am licensed to practice law in the State of California, a member in good standing of the California State Bar, and am admitted to practice before the United States District Court of the Northern District of California.  Tesla, Inc. respectfully requests that all future correspondence be addressed to Thomas Hill at the following address, telephone number, and e-mail address:

> HOLLAND & KNIGHT LLP
> Thomas E. Hill
> 400 South Hope Street, 8th Floor
> Los Angeles, CA 90071
> tom.hill@hklaw.com
> Telephone:  (213) 896-2440

Respectfully submitted,

Dated:  December 12, 2023

HOLLAND & KNIGHT LLP

By: */s/ Thomas E. Hill*
    Thomas E. Hill
    *Attorneys for Defendant*
    TESLA, INC.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

2

NOTICE OF APPEARANCE OF THOMAS E. HILL
Case No.: 4:23-cv-4984