

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*cand.uscourts.gov*

**NOTICE OF ELIGIBILITY FOR VIDEO RECORDING**

This case is assigned to a judge who participates in the Cameras in Courtroom Pilot Project. See [General Order 65](#) and [cand.uscourts.gov/cameras](#). The parties' consent is required before any proceedings in this case may be recorded. If a party, the presiding judge, or a member of the media requests that a proceeding be recorded, consent of the parties will be presumed unless a party submits an Objection to Request for Video Recording form as directed by the Cameras in the Courtroom Procedures.

Parties objecting to video recording are asked, for research purposes, to communicate to the Court the reasons for declining to participate. If you decline to participate, you should candidly convey the reasons for your decision. Whether you agree to participate or decline to participate will have no effect on your case whatsoever.

*[signature]*

Clerk, Clerk of Court