1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

3  UNITED STATES EQUAL
   EMPLOYMENT
4  OPPORTUNITY                     ,   Case No. 4:23-cv-04984
   COMMISSION
5
                                       **APPLICATION FOR ADMISSION OF**
6          Plaintiff(s), v.            **ATTORNEY PRO HAC VICE**
                                       (CIVIL LOCAL RULE 11-3)
7  TESLA, INC.                  ,
8          Defendant(s).

9

10       I, Sara A. Begley          , an active member in good standing of the bar of

11  the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice pro hac

12  vice in the Northern District of California representing: Defendant, Tesla, Inc.     in the

13  above-entitled action. My local co-counsel in this case is Christina T. Tellado       , an

14  attorney who is a member of the bar of this Court in good standing and who maintains an office

15  within the State of California.  Local co-counsel's bar number is: SBN 298597      .

16  HOLLAND & KNIGHT LLP                              HOLLAND & KNIGHT LLP
    One Liberty Place, 1650 Market Street, Suite 3300, 400 South Hope Street, 8th Floor
    Philadelphia, PA  19103                           Los Angeles, California  90071
17  MY ADDRESS OF RECORD                              LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  (215) 252-9531                                    (213) 896-2440
    MY TELEPHONE # OF RECORD                          LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
    sara.begley@hklaw.com                             christina.tellado@hklaw.com
20  MY EMAIL ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22       I am an active member in good standing of a United States Court or of the highest court of

23  another State or the District of Columbia, as indicated above; my bar number is: 49120     .

24       A true and correct copy of a certificate of good standing or equivalent official document

25  from said bar is attached to this application.

26       I have been granted pro hac vice admission by the Court  0    times in the 12 months

27  preceding this application.

28

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: December 12, 2023                                    Sara A. Begley
                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sara A. Begley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 14, 2023



UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Jacqueline Scott Corley