Thomas E. Hill (SBN 100861)
thomas.hill@hklaw.com
Christina T. Tellado (SBN 298597)
christina.tellado@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Attorneys for Defendant
TESLA, INC.

(*Additional counsel listed on next page*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>       vs.<br><br>TESLA, INC.,<br><br>            Defendant. | Case No. 3:23-cv-04984-JSC<br><br>**DECLARATION OF TIFFANY HART IN SUPPORT OF DEFENDANT TESLA, INC.'S MOTION TO STAY ALL PROCEEDINGS IN LIGHT OF LONG-RUNNING, CURRENTLY PENDING AND VIRTUALLY IDENTICAL STATE COURT LITIGATION**<br><br>Hearing Date: February 1, 2024<br>Time:  10:00 AM<br>Judge:  Hon. Jacqueline Scott Corley<br>Courtroom: 8<br><br>Complaint Filed:  September 28, 2023<br><br>[*Defendant's Notice of Motion and Motion; Declarations of Sara A. Begley, Thomas E. Hill, and Jessica Quon-Vaili; Request for Judicial Notice; Exhibits in Support of Motion; and Proposed Order, All Filed Concurrently Herewith*] |

Sara A. Begley (*pro hac vice admission pending*)
sara.begley@hklaw.com
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania  19103
Telephone:  (215) 252-9600
Facsimile:   (215) 867-6070

Samuel J. Stone (SBN 317013)
sam.stone@hklaw.com
Mary T. Vu (SBN 323088)
mary.vu@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Raymond A. Cardozo (SBN 173263)
rcardozo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California  94105-3659
Telephone:  (415) 543-8700
Facsimile:   (415) 391-8269

Tyree P. Jones Jr. (SBN 127631)
tpjones@reedsmith.com
REED SMITH LLP
1301 K Street, N.W., Suite 1000
Washington, DC  20005-3317
Telephone:  (202) 414-9200
Facsimile:   (202) 414-9299

Attorneys for Defendant TESLA, INC.

DECL. OF TIFFANY HART IN SUPP. OF DEF. TESLA, INC.'S MOT. TO STAY ALL PROCEEDINGS
Case No.: 3:23-cv-4984-JSC

# DECLARATION OF TIFFANY HART

I, Tiffany Hart, declare as follows:

1. I am a Senior ER (Employee Relations) Partner at Tesla, Inc. ("Tesla"). I have been employed by Tesla since 2014. I have personal knowledge of the matters set forth herein, except where otherwise stated, and I could and would testify competently thereto, if called upon to do so. I submit this declaration in support of Tesla's motion to stay all proceedings in the above-captioned matter.

2. As a Senior ER Partner with Tesla, I am familiar with Tesla's employment and hiring policies, including its anti-harassment and non-discrimination policies. I also have access to and am familiar with Tesla's Human Resources (HR) applications, databases, and business records, from which I am able to access compensation records and other employment data.

3. Since 2008, Tesla's business has included manufacturing electric automobiles, and Tesla is now the world's leading electric car company. In 2010, Tesla opened a large automobile manufacturing facility at 45500 Fremont Boulevard, Fremont, California (the "Factory"). In 2016, Tesla had more than 6,000 workers at the Factory. By 2022, that figure had grown to 22,000 workers. Tesla has made significant investments in the Factory since its opening, and the Factory is the last remaining auto manufacturing facility in California.

4. Year after year since 2010, Tesla has created more full-time manufacturing jobs for workers in California than any other in-state manufacturer. In so doing, Tesla has created thousands of jobs for people from diverse backgrounds and historically disadvantaged groups, including many who lack a college degree and/or prior work experience, or who have a criminal conviction. Tesla pays wages to workers at the Factory that exceed California's average wage for manufacturing employees by a wide margin.

5. Tesla has a diverse and inclusive workforce in which a majority of its U.S. workers identify as minorities. As such, Tesla has long prohibited harassment and discrimination as a matter of company policy, and maintained robust, written anti-harassment and non-discrimination policies. True and correct copies of just some of those policies in force at Tesla and the Factory since 2011 are

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

2
DECL. OF TIFFANY HART IN SUPP. OF DEF. TESLA, INC.'S MOT. TO STAY ALL PROCEEDINGS
Case No.: 3:23-cv-4984-JSC

attached as **Exhibit E** to Defendant's Exhibits in Support of Motion to Stay All Proceedings in the above-captioned action.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed this 13 day of December 2023, at Lathrop, California.

*Tiffany Hart*
Tiffany Hart (Dec 13, 2023 14:00 PST)

Tiffany Hart

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

3
DECL. OF TIFFANY HART IN SUPP. OF DEF. TESLA, INC.'S MOT. TO STAY ALL PROCEEDINGS
Case No.: 3:23-cv-4984-JSC