Thomas E. Hill (SBN 100861)
thomas.hill@hklaw.com
Christina T. Tellado (SBN 298597)
christina.tellado@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Attorneys for Defendant
TESLA, INC.

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-04984-JSC<br><br>**DECLARATION OF THOMAS E. HILL IN SUPPORT OF DEFENDANT TESLA, INC.'S MOTION TO STAY ALL PROCEEDINGS IN LIGHT OF LONG-RUNNING, CURRENTLY PENDING AND VIRTUALLY IDENTICAL STATE COURT LITIGATION**<br><br>Hearing Date:  February 1, 2024<br>Time:  10:00 AM<br>Judge:  Hon. Jacqueline Scott Corey<br>Courtroom:  8<br><br>Complaint Filed:  September 28, 2023<br><br>[*Defendant's Notice of Motion and Motion; Declarations of Sara A. Begley, Tiffany Hart, and Jessica Quon-Vaili; Request for Judicial Notice; Exhibits in Support of Motion; and Proposed Order, All Filed Concurrently Herewith*] |

Sara A. Begley (*admitted pro hac vice*)
sara.begley@hklaw.com
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: (215) 252-9600
Facsimile: (215) 867-6070

Samuel J. Stone (SBN 317013)
sam.stone@hklaw.com
Mary T. Vu (SBN 323088)
mary.vu@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Raymond A. Cardozo (SBN 173263)
rcardozo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Tyree P. Jones Jr. (SBN 127631)
tpjones@reedsmith.com
REED SMITH LLP
1301 K Street, N.W., Suite 1000
Washington, DC 20005-3317
Telephone: (202) 414-9200
Facsimile: (202) 414-9299

Attorneys for Defendant TESLA, INC.

DECL. OF THOMAS E. HILL IN SUPP. OF DEF. TESLA, INC.'S MOT. TO STAY ALL PROCEEDINGS
Case No.: 3:23-cv-4984-JSC

**DECLARATION OF THOMAS E. HILL**

I, Thomas E. Hill, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California, and I am a partner with Holland & Knight LLP, counsel of record for Defendant Tesla, Inc. ("Tesla" or "Defendant") in the above-captioned action. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would competently testify regarding those facts. I make this declaration in support of Defendant's motion to stay all proceedings in this matter.

2. Holland & Knight LLP is also counsel of record for Tesla in two California state court cases now pending before the Honorable Evelio M. Grillo, Alameda County Superior Court Judge. Those state court cases are (a) *Department of Fair Employment and Housing v. Tesla, Inc.*, Alameda County Superior Court Case No. 22CV006830 (the "CRD Case"), and (b) *Vaughn, et al. v. Tesla, Inc., et al.*, Alameda County Superior Court Case No. RG17882082 (the "Vaughn Case," and, together with the CRD Case, collectively referred to as the "State Court Actions'). I am one of Tesla's attorneys of record in the State Court Actions.

3. The Vaughn Case was filed on November 13, 2017, and the CRD Case was filed on February 2, 2022, and each case has and continues to be vigorously litigated before Judge Grillo. To date, the litigation in the State Court Actions has involved 57 procedural and substantive motions and 68 court orders, voluminous discovery, including 63 depositions (with more scheduled) and more than 83,000 pages of exchanged documents, and 57 case management conferences, informal discovery conferences and other court hearings. In addition, multiple appellate proceedings have taken place in the Vaughn Case, and the California Civil Rights Department has also sought appellate relief in the CRD Case.

4. Plaintiffs in the Vaughn Case have moved to certify a class of more than 6,000 current and former Black workers at Tesla. In opposing that motion for class certification, Tesla has submitted the sworn statements of more than 200 Black Tesla employees who deny ever experiencing a racially hostile work environment or other forms of race discrimination at Tesla's auto manufacturing plant in Fremont, California (the "Fremont Factory"). The class certification motion in the Vaughn Case is still pending before Judge Grillo.

5.     In 2016, the race discrimination and harassment complaint of a former Fremont Factory worker named DeWitt Lambert was arbitrated before retired California Superior Court Judge Lynn Duryee.  Judge Duryee ruled that Lambert did not suffer harassment or a hostile work environment, that Tesla did not retaliate against him, and that Tesla's response to Lambert's complaint was reasonable, effective and appropriate.

6.     A true and correct copy of the court docket to date in the Vaughn Case is attached as **Exhibit A** to Defendant's Exhibits in Support of Motion to Stay All Proceedings (the "Exhibits), filed concurrently herewith.

7.     A true and correct copy of the court docket to date in the CRD Case is attached as **Exhibit B** to the Exhibits.

8.     A true and correct copy of the operative Second Amended Complaint in the Vaughn Case is attached as **Exhibit C** to the Exhibits.

9.     A true and correct copy of the operative First Amended Complaint in the CRD Case is attached as **Exhibit D** to the Exhibits.

10.    True and correct copies of the Worksharing Agreements between the EEOC and CRD, as obtained from CRD's official website, are attached as **Exhibit H** to the Exhibits.

11.     A true and correct copy of the Transcript of Proceedings (Dec. 13, 2021) obtained from the  court file in *U.S. EEOC v. Activision Blizzard, Inc., et al.*, United States District Court (C.D. Cal.) Case No. 2:21-CV-07682 DSF-JEM (the "Activision Case") is attached as **Exhibit I** to the Exhibits.

12.    A true and correct copy of Tesla's petition to confirm the arbitration award in *Tesla, Inc. v. DeWitt Lambert*, Alameda County Superior Court Case No. RG17854515, filed on May 2, 2019, is attached as **Exhibit O** to the Exhibits.  Attached to the petition is the final arbitration award captioned "DeWitt Lambert v. Tesla, Inc.," JAMS Reference No. 1100088312, dated May 7, 2019, signed by the arbitrator.

13.    A true and correct copy of the Court's Order on Submitted Matter in the CRD Case, dated November 18, 2022, is attached as **Exhibit P** to the Exhibits.

14. A true and correct copy of a letter from Rosa M. Viramontes, District Director, EEOC Los Angeles District Office, to counsel for Activision Blizzard, Inc., obtained from the court file in the Activision Case, is attached as **Exhibit Q** to the Exhibits.

15. A true and correct copy of the Court's Order Denying Motion to Intervene, obtained from the court file in the Activision Case, is attached as **Exhibit R** to the Exhibits.

16. A true and correct copy of the investigative news article by Matt Taibbi, entitled *The Lawyers Who Ate California, Part II*, TK News (May 14, 2022), obtained from the court file in the CRD Action, is attached as **Exhibit S** to the Exhibits.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on December 14, 2023, at Los Angeles, California.

/s/   *Thomas E. Hill*
            Thomas E. Hill