Thomas E. Hill (SBN 100861)
thomas.hill@hklaw.com
Christina T. Tellado (SBN 298597)
christina.tellado@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Attorneys for Defendant
TESLA, INC.

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>     vs.<br><br>TESLA, INC.,<br><br>             Defendant. | Case No. 3:23-cv-04984-JSC<br><br>**DEFENDANT TESLA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY ALL PROCEEDINGS IN LIGHT OF LONG-RUNNING, CURRENTLY PENDING AND VIRTUALLY IDENTICAL STATE COURT LITIGATION**<br><br>Hearing Date:  February 1, 2024<br>Time:  10:00 AM<br>Judge:  Hon. Jacqueline Scott Corey<br>Courtroom:  8<br><br>Complaint Filed:  September 28, 2023<br><br>[*Defendant's Notice of Motion and Motion; Declarations of Sara A. Begley, Tiffany Hart, Thomas E. Hill, and Jessica Quon-Vaili; Exhibits in Support of Motion; and Proposed Order, All Filed Concurrently Herewith*] |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

1  Sara A. Begley (*admitted pro hac vice*)
   sara.begley@hklaw.com
2  HOLLAND & KNIGHT LLP
   1650 Market Street, Suite 3300
3  Philadelphia, Pennsylvania  19103
   Telephone:  (215) 252-9600
4  Facsimile:   (215) 867-6070

5  Samuel J. Stone (SBN 317013)
   sam.stone@hklaw.com
6  Mary T. Vu (SBN 323088)
   mary.vu@hklaw.com
7  HOLLAND & KNIGHT LLP
   400 South Hope Street, 8th Floor
8  Los Angeles, California  90071
   Telephone:  (213) 896-2400
9  Facsimile:   (213) 896-2450

10 Raymond A. Cardozo (SBN 173263)
   rcardozo@reedsmith.com
11 REED SMITH LLP
   101 Second Street, Suite 1800
12 San Francisco, California  94105-3659
   Telephone:  (415) 543-8700
13 Facsimile:   (415) 391-8269

14 Tyree P. Jones Jr. (SBN 127631)
   tpjones@reedsmith.com
15 REED SMITH LLP
   1301 K Street, N.W., Suite 1000
16 Washington, DC  20005-3317
   Telephone:  (202) 414-9200
17 Facsimile:   (202) 414-9299

18 Attorneys for Defendant TESLA, INC.

19

20

21

22

23

24

25

26                                                                          1
   DEF. TESLA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPP. OF MOT. TO STAY ALL PROCEEDINGS
27 Case No.: 3:23-cv-4984-JSC

28

## I. Introduction

Pursuant to Fed. R. Evid. 201 ("Rule 201"), Defendant Tesla, Inc. ("Defendant" or "Tesla") hereby requests the Court to take judicial notice of certain documents that are attached as exhibits to "Defendant's Exhibits in Support of Motion to Stay All Proceedings in Light of Long-Running, Currently Pending and Virtually Identical State Court Litigation" ("Defendant's Motion Exhibits"), filed concurrently herewith.  The subject documents consist of true and correct copies of (1) state court dockets, filings and orders, (2) state and federal agency administrative filings and notices, and (3) information obtained from government websites.  Judicial notice of these documents under Rule 201 is appropriate for the following reasons

## II. Legal Standard

Federal courts may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(c).  It is thus well established that federal courts may take judicial notice of state court orders and proceedings that are relevant to a federal action. *See Dawson v. Mahoney*, 451 F.3d 550, 551 n.1 (9th Cir. 2006) (taking judicial notice of state court orders and proceedings); *see also United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007) (stating that a federal court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue"); *ScripsAmerica, Inc. v. Ironridge Global LLC*, 56 F. Supp. 3d 1121, 1136 (C.D. Cal. 2014) ("It is well established that federal courts may take judicial notice of related state court orders and proceedings.").

Records and reports of administrative bodies, including the United States Equal Employment Opportunity Commission ("EEOC"), may also be judicially noticed under Rule 201.  *See Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) (internal quotation marks omitted) (a court "may take judicial notice of records and reports of administrative bodies"); *Cunningham v. Litton Indus.*, 413 F.2d 887, 889 n.2 (9th Cir. 1969) (taking judicial notice of EEOC decision); *Flewellen-El v. AT&T, Servs.*, No. C 17-04193 WHA, 2018 U.S. Dist. LEXIS 40382, at *5 n.1 (N.D. Cal. Mar. 12, 2018) (plaintiff's EEOC discrimination charge was part of administrative record and properly judicially noticed); *Larson v. Conewango Prods.*, No. CV F 09-1060 LJO SMS, 2010 U.S. Dist.

2

DEF. TESLA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPP. OF MOT. TO STAY ALL PROCEEDINGS
Case No.: 3:23-cv-4984-JSC

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

LEXIS 26636, at *16 (E.D. Cal. Mar. 18, 2010) (taking judicial notice of EEOC Notice of Charge of Discrimination).

Finally, information and documents obtained from government agency websites "have often been treated as proper subjects for judicial notice." *Paralyzed Veterans of Am. v. McPherson*, 2008 U.S. Dist. LEXIS 69542, at *17 (N.D. Cal. Sept. 8, 2008) (citations omitted); *see Ibarra v. Loan City*, Case No. 09-CV-02228-IEG (POR), 2010 U.S. Dist. LEXIS 6583, at *8 (S.D. Cal. Jan. 27, 2010).

### III. Documents Subject to Judicial Notice

Based on the foregoing, Tesla asks the Court to take judicial notice of the following documents, true and correct copies of which are included amongst Defendant's Motion Exhibits. These documents are publicly accessible and available, and their authenticity cannot be reasonably disputed.

(1) **Exhibit A**: Copy of the court docket in *Vaughn, et al. v. Tesla, Inc., et al.*, Alameda County Superior Court Case No. RG17882082 (the "Vaughn Case").

(2) **Exhibit B**: Copy of the court docket in *Department of Fair Employment and Housing v. Tesla, Inc.*, Alameda County Superior Court Case No. 22CV006830 (the "CRD Case").

(3) **Exhibit C**: Copy of the operative Second Amended Complaint in the Vaughn Case.

(4) **Exhibit D**: Copy of the operative First Amended Complaint in the CRD Case.

(5) **Exhibit F**: Copy of the EEOC's Commissioner's Charge of Discrimination in *Burrows v. Tesla, Inc.*, Charge No. 555-2019-01273 (the "EEOC Administrative Action"), dated May 28, 2019.

(6) **Exhibit G**: Copy of the DFEH's Director's Discrimination Complaint in *Kish v. Tesla, Inc.*, DFEH Administrative Case No. 201906-06540918, dated June 21, 2019.

(7) **Exhibit H**: Copy of the 2019 and 2022 Worksharing Agreements between the EEOC and the California Department of Fair Employment and Housing / Civil Rights Department.

(8) **Exhibit I**: Copy of the Transcript of Proceedings (Dec. 13, 2021) in *U.S. EEOC v. Activision Blizzard, Inc., et. al.*, United States District Court (C.D. Cal.) Case No. 2:21-CV-07682 DSF-JEM (the "Activision Case").

3
DEF. TESLA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPP. OF MOT. TO STAY ALL PROCEEDINGS
Case No.: 3:23-cv-4984-JSC

(9) **Exhibit M**: Copy of EEOC Determination Letter in the EEOC's Administrative Action, dated June 1, 2022.

10) **Exhibit N**: Copy of EEOC Press Release, dated September 28, 2023.

(11) **Exhibit O**: Copy of Tesla's Petition to Confirm Arbitration Award (including copy of final Arbitration Award) filed in *Tesla, Inc. v. DeWitt Lambert*, Alameda County Superior Court Case No. RG17854515, on May 2, 2019.

(12) **Exhibit P**: Copy of Court's Order on Submitted Matter, dated November 18, 2022, filed in the CRD Case.

(13) **Exhibit Q**: Copy of letter from Rosa M. Viramontes, District Director, EEOC Los Angeles District Office, to Activision Blizzard, Inc., filed in the Activision Case on November 8, 2021.

(14) **Exhibit R**: Copy of Court's Order Denying Motion to Intervene, in the Activision Case, dated December 20, 2021.

### IV. Conclusion

For the foregoing reasons, the Court should grant Tesla's request and take judicial notice of the above-identified documents.

Dated: December 18, 2023

Respectfully submitted,

HOLLAND & KNIGHT LLP

 /s/ Thomas E. Hill
Thomas E. Hill
*Attorneys for Defendant*
TESLA, INC.

4
DEF. TESLA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPP. OF MOT. TO STAY ALL PROCEEDINGS
Case No.: 3:23-cv-4984-JSC