Thomas E. Hill (SBN 100861)
thomas.hill@hklaw.com
Christina T. Tellado (SBN 298597)
christina.tellado@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Attorneys for Defendant
TESLA, INC.

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>TESLA, INC.,<br><br>        Defendant. | Case No. 3:23-cv-4984-JSC<br><br>**DEFENDANT TESLA, INC.'S EXHIBITS IN SUPPORT OF MOTION TO STAY ALL PROCEEDINGS IN LIGHT OF LONG-RUNNING, CURRENTLY PENDING AND VIRTUALLY IDENTICAL STATE COURT LITIGATION**<br><br>Hearing Date:  February 1, 2024<br>Time:  10:00 AM<br>Judge:  Hon. Jacqueline Scott Corey<br>Courtroom:  8<br><br>Complaint Filed:  September 28, 2023<br><br>[*Defendant's Notice of Motion and Motion; Declarations of Sara A. Begley, Tiffany Hart, Thomas E. Hill, and Jessica Quon-Vaili; Request for Judicial Notice; and Proposed Order, All Filed Concurrently Herewith*] |

| | |
|---|---|
| 1 | Sara A. Begley (*admitted pro hac vice*) |
| | sara.begley@hklaw.com |
| 2 | HOLLAND & KNIGHT LLP |
| | 1650 Market Street, Suite 3300 |
| 3 | Philadelphia, Pennsylvania  19103 |
| | Telephone:  (215) 252-9600 |
| 4 | Facsimile:   (215) 867-6070 |
| 5 | Samuel J. Stone (SBN 317013) |
| | sam.stone@hklaw.com |
| 6 | Mary T. Vu (SBN 323088) |
| | mary.vu@hklaw.com |
| 7 | HOLLAND & KNIGHT LLP |
| | 400 South Hope Street, 8th Floor |
| 8 | Los Angeles, California  90071 |
| | Telephone:  (213) 896-2400 |
| 9 | Facsimile:   (213) 896-2450 |
| 10 | Raymond A. Cardozo (SBN 173263) |
| | rcardozo@reedsmith.com |
| 11 | REED SMITH LLP |
| | 101 Second Street, Suite 1800 |
| 12 | San Francisco, California  94105-3659 |
| | Telephone:  (415) 543-8700 |
| 13 | Facsimile:   (415) 391-8269 |
| 14 | Tyree P. Jones Jr. (SBN 127631) |
| | tpjones@reedsmith.com |
| 15 | REED SMITH LLP |
| | 1301 K Street, N.W., Suite 1000 |
| 16 | Washington, DC  20005-3317 |
| | Telephone:  (202) 414-9200 |
| 17 | Facsimile:   (202) 414-9299 |
| 18 | Attorneys for Defendant TESLA, INC. |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

Defendant Tesla, Inc. ("Telsa") hereby submits the Exhibits identified below in support of its Motion to Stay All Proceedings in this matter. Tesla's reliance on and the Court's review of these Exhibits are supported by Tesla's concurrently filed Request for Judicial Notice ("RJN") and/or the Declarations of Sara A. Begley, Tiffany Hart, Thomas E. Hill and Jessica Quon-Vaili, as noted below.

| Exhibit | Description | Support |
|---|---|---|
| Exhibit A | Copy of the court docket in *Vaughn, et al. v. Tesla, Inc., et al.*, Alameda County Superior Court Case No. RG17882082 (the "Vaughn Case") | RJN ¶ 1<br>Hill Decl. ¶ 6 |
| Exhibit B | Copy of the court docket in *Department of Fair Employment and Housing v. Tesla, Inc.*, Alameda County Superior Court Case No. 22CV006830 (the "CRD Case") | RJN ¶ 2<br>Hill Decl. ¶ 7 |
| Exhibit C | Copy of the operative Second Amended Complaint in the Vaughn Case | RJN ¶ 3<br>Hill Decl. ¶ 8 |
| Exhibit D | Copy of the operative First Amended Complaint in the CRD Case | RJN ¶ 4<br>Hill Decl. ¶ 9 |
| Exhibit E | Tesla, Inc.'s Anti-Harassment and Discrimination Policies | Hart Decl. ¶ 5 |
| Exhibit F | Copy of the EEOC's Commissioner's Charge of Discrimination in *Burrows v. Tesla, Inc.*, Charge No. 555-2019-01273 (the "EEOC Administrative Action"), dated May 28, 2019 | RJN ¶ 5<br>Begley Decl. ¶ 2 |
| Exhibit G | Copy of the DFEH's Director's Discrimination Complaint in *Kish v. Tesla, Inc.*, DFEH Administrative Case No. 201906-06540918, dated June 21, 2019 | RJN ¶ 6<br>Begley Decl. ¶ 11 |
| Exhibit H | Copy of the 2019 and 2022 Worksharing Agreements between the EEOC and the California Department of Fair Employment and Housing / Civil Rights Department | RJN ¶ 7<br>Hill Decl. ¶ 10 |
| Exhibit I | Copy of the Transcript of Proceedings (Dec. 13, 2021) in *U.S. EEOC v. Activision Blizzard, Inc., et. al.*, United States District Court (C.D. Cal.) Case No. 2:21-CV-07682 DSF-JEM (the "Activision Case") | RJN ¶ 8<br>Hill Decl. ¶ 11 |
| Exhibit J | EEOC's Requests for Information to Tesla, Set One (Jan. 8, 2020) | Quon-Vaili Decl. ¶ 3 |
| Exhibit K | EEOC's Requests for Information to Tesla, Set Two (Dec. 22, 2020) | Quon-Vaili Decl. ¶ 7 |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

| Exhibit L | Tesla-CRD E-mail Chain regarding Conciliation (Feb. 3, 2022) | Begley Decl. ¶ 11 |
|---|---|---|
| Exhibit M | Copy of EEOC Determination Letter in the EEOC Administrative Action, dated June 1, 2022 | RJN ¶ 9<br>Begley Decl. ¶ 8 |
| Exhibit N | Copy of EEOC Press Release, dated September 28, 2023 | RJN ¶ 10<br>Begley Decl. ¶ 10 |
| Exhibit O | Copy of Tesla's Petition to Confirm Arbitration Award (including copy of final Arbitration Award) filed in *Tesla, Inc. v. DeWitt Lambert*, Alameda County Superior Court Case No. RG17854515, on May 2, 2019 | RJN ¶ 11<br>Hill Decl. ¶ 12 |
| Exhibit P | Copy of Court's Order on Submitted Matter, dated November 18, 2022, filed in the CRD Case | RJN ¶ 12<br>Hill Decl. ¶ 13 |
| Exhibit Q | Copy of letter from Rosa M. Viramontes, District Director, EEOC Los Angeles District Office, to Activision Blizzard, Inc., filed in the Activision Case on November 8, 2021 | RJN ¶ 13<br>Hill Decl. ¶ 14 |
| Exhibit R | Copy of Court's Order Denying Motion to Intervene, in the Activision Case, dated December 20, 2021 | RJN ¶ 14<br>Hill Decl. ¶ 15 |
| Exhibit S | Copy of Taibbi, *The Lawyers Who Ate California: Part II*, TK News (May 14, 2022) | Hill Decl. ¶ 16 |

HOLLAND & KNIGHT LLP


By: /s/ Thomas E. Hill
    Thomas E. Hill
    *Attorneys for Defendant*
    TESLA, INC.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450