# Exhibit G



**Service of Process Transmittal**
06/21/2019
CT Log Number 535728170

**TO:** Legal Department
Tesla, Inc.
6800 Dumbarton Cir
Fremont, CA 94555-3646

**RE:** Process Served in California

**FOR:** Tesla, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | KEVIN KISH, Director vs. TESLA, INC., ETC., RESPONDENT |
| **DOCUMENT(S) SERVED:** | Notice(s) |
| **COURT/AGENCY:** | DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, CA<br>Case # 20190606540918 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/21/2019 at 14:25 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 calendar days of the date of this letter |
| **ATTORNEY(S) / SENDER(S):** | JANETT'E L. WIPPER<br>DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING<br>2218 Kausen Drive, Suite 100<br>Elk Grove, CA 95758<br>916-478-7251 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/22/2019, Expected Purge Date: 06/27/2019<br><br>Image SOP<br><br>Email Notification,  Legal Department  legal@teslamotors.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of  1 / SC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

6/21/2019
12:32 PM.



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                    GOVERNOR GAVIN NEWSOM

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                                              DIRECTOR KEVIN KISH
2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 (voice) I 800-700-2320 (TTY) | California's Relay Service at 711
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

June 21, 2019

*Via Personal Service*:
CT Corporation System
Agent for Service of Process for:
TESLA INC. dba TESLA MOTORS, INC.
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

*Via Certified Mail*:
**Respondent**
TESLA, INC. dba TESLA MOTORS, INC.
45500 Fremont Blvd.
Fremont, CA 94538

TESLA, INC. dba TESLA MOTORS, INC.
3500 Deer Creek Road
Palo Alto, CA 94304

RE:   **Notice of Filing of Discrimination Complaint - Response Requested**
      DFEH Matter No.: 201906-06540918
      Kish / Tesla, Inc. dba Tesla Motors, Inc.

To All Listed Respondents:

  Enclosed is a copy of a complaint filed with the Department of Fair Employment and. Housing (DFEH). The enclosed complaint, in which you have been named a Respondent or Co-Respondent, alleges unlawful discrimination pursuant to California Government Code section 12960.

  The DFEH serves as an objective fact-finder and represents the State of California rather than the complaining party. The purpose of our investigation is to determine the merits of the complaint.

  Government Code sections 12940, subdivision (g) prohibits any retaliatory action against a person because he or she has filed a complaint, has opposed any practices forbidden under the Fair Employment and Housing Act, or has assisted in any proceeding before the DFEH.

  Government Code section 12946 requires that all employment records (or union membership and referral records) be retained for a minimum of two (2) years. When a discrimination complaint has been served, the records must be kept until the DFEH closes its inquiry and until any resulting lawsuit or appeal has been terminated. Please see the additional document retention notice enclosed with this letter.

Notice of Filing of Discrimination Complaint - Response Requested
Re: Kish v. Tesla, Inc. dba Tesla Motors, Inc.
June 21, 2019
Page 2

**You must submit a response to the questions below and on the attached supplemental sheet within thirty (30) calendar days of the date of this letter.**

1. State the legal name of your business and any other name(s) under which you do or have done business in California.

2. State your business address. Please note that you are required to notify the DFEH in writing of any change of address and the effective date of such change while the complaint is under investigation and throughout any administrative adjudication. (Cal. Code of Regs., tit. 2, §§ 7403, 7411.)

3. State type of legal business entity (i.e., corporation, partnership, limited partnership, sole proprietorship, etc.).

4. Does your company have a current contract(s) for the provisions of goods, services or public works with the State of California or receive federal funds? If so, name the awarding agency.

Your response must be submitted by mail. In all mailed correspondence, please include your DFEH number **201906-06540918** and mail it to:

Nelson Chan, Assistant Chief Counsel
Department of Fair Employment and Housing
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758

If you are interested in discussing a possible settlement of this complaint, please contact me immediately. All settlement discussions are confidential, and not subject to disclosure. Evidence or information, which has a bearing on determining the merits of this complaint will not be considered part of a settlement discussion unless confidentiality is acknowledged by the DFEH. You would not be required to provide the information requested above while settlement discussions are underway.

If you have any questions, you may contact Nelson Chan at Nelson.Chan@dfeh.ca.gov or (916) 472-7251.

Sincerely,

*Griselda Ballesteros*
Griselda Ballesteros
Legal Manager

Enclosures

**CERTIFIED MAIL:**
7017 1070 0000 3654 9172 - Tesla, Inc. (Palo Alto)
7017 1070 0000 3655 2363 - Tesla, Inc. (Fremont)

# COMPLAINT OF EMPLOYMENT DISCRIMINATION
# BEFORE THE STATE OF CALIFORNIA
# DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
## Under the California Fair Employment and Housing Act
### (Gov. Code, § 12900 et seq.)

| | |
|---|---|
| In the matter of the Complaint of<br>KEVIN KISH, Director<br><br>vs.<br><br>TESLA, INC. dba TESLA MOTORS, INC.,<br>Respondent<br>3500 Deer Creek Road<br>Palo Alto, CA 94304 | DFEH No.: 201906-06540918 |

THE PARTICULARS ARE:

1.   I, Kevin Kish, allege that respondent, Tesla, Inc., engaged in discrimination, harassment, and retaliation against its employees due to one or more Fair Employment and Housing Act protected bases: race.

2.   Respondents failed to provide a workplace free of unlawful discrimination or harassment, and failed to take all reasonable steps to prevent unlawful discrimination or harassment.

3.   My belief is based on the following: **See attached Notice of Group or Systemic Investigation and Director's Complaint for Group/Class Relief.**

-1-
DFEH No. 201906-06540918

Date Filed: June 18, 2019

**VERIFICATION:**

I, **Kevin Kish**, am the **Authorized Representative** in the above-entitled complaint. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters, which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_[signature]_

**DIRECTOR'S SIGNATURE**

June 18, 2019
DATE

**Elk Grove, CA**

**Kevin Kish**

-2-
DFEH No. 201906-06540918

Date Filed: June 18, 2019

JANETTE L. WIPPER (#275264)
  Chief Counsel
NELSON H. CHAN (#109272)
  Assistant Chief Counsel
DEPARTMENT OF FAIR EMPLOYMENT
  AND HOUSING
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758
Telephone: (916) 478-7251
Facsimile: (888) 382-5293

## BEFORE THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

## OF THE STATE OF CALIFORNIA

| In the Matter of the Complaint of KEVIN KISH, Director, DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>Complainant,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.<br><br>Respondent. | DFEH Case No.: 201906-06540918<br><br>Related Case Nos.: 201812-04384603 (Donald Buggs);<br><br>**NOTICE OF GROUP OR SYSTEMIC INVESTIGATION AND DIRECTOR'S COMPLAINT FOR GROUP/CLASS RELIEF**<br><br>(Gov. Code, §§ 11180, 12960, 12961, and 12965.) |
|---|---|

**TO:** TESLA, INC. dba TESLA MOTORS, INC., 3500 Deer Creek Road, Palo Alto, California 94304 c/o CT Corporation System, 818 Seventh Street, Suite 930, Los Angeles, California 90017.

PLEASE TAKE NOTICE that pursuant to Government Code sections 11180, 12960, 12961, and 12965, the DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING (Department or DFEH) issues this group or class Complaint of Discrimination against respondent TESLA, INC. dba TESLA MOTORA, INC., (Tesla or Respondent). This matter will be investigated as a group or class complaint and group or class relief will be sought as appropriate.

PLEASE TAKE FURTHER NOTICE that pursuant to Government Code sections 11180, 12960, 12961, and 12965, the DFEH has determined that case numbered 201812-04384603 (filed by Donald Buggs against Tesla on May 29, 2019) will be treated and proceed as a group or class complaint.

-1-

*Dept. Fair Empl. & Hous. v. Tesla, Inc. (Kish)*
Notice of Group or Systemic Investigation and Director's Complaint for Group/Class Relief

1. The Department has obtained information, which, if proven, indicates Respondent may have engaged, and may continue to engage, in discriminatory practices against African American employees on the basis of race, in violation of Government Code section 12940.

2. Specifically, the Department alleges that Respondent's African American employees have been subjected to harassment on the basis of race. If proven, these allegations would constitute violations of Government Code section 12940, subdivision (j).

3. The Department further alleges that Respondent failed to take all reasonable steps necessary to prevent harassment from occurring. If proven, these allegations would constitute violations of Government Code section 12940, subdivision (k).

4. The Department further alleges that Respondent has retaliated against employees who have reported or opposed harassment on the basis of race. If proven, these allegations would constitute violations of Government Code section 12940, subdivision (h).

5. The DFEH's investigation revealed that Tesla, Inc. is a proper respondent for all purposes in this matter.

6. The DFEH's investigation shall include, but not be limited to, the foregoing allegations. The investigation is ongoing and will further determine the scope and merits of these allegations.

You may, but need not, respond to this notification in writing by submitting your response to:
Nelson Chan, Assistant Chief Counsel
Department of Fair Employment and Housing
2218 Kausen Drive, Suite 100
Elk Grove, CA  95758

DATED: June 18, 2019

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

KEVIN KISH
Director

By: _____
Kevin Kish

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency
GOVERNOR GAVIN NEWSOM

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
DIRECTOR KEVIN KISH

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

June 21, 2019

*Via Personal Service*:

CT Corporation System
Agent for Service of Process for
TESLA INC. dba TESLA MOTORS, INC
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

*Via Certified Mail*:

**Respondent**
TESLA, INC. dba TESLA MOTORS, INC.
45500 Fremont Blvd.
Fremont, CA 94538

TESLA, INC. dba TESLA MOTORS, INC.
3500 Deer Creek Road
Palo Alto, CA 94304

RE:  **Document Retention Notice**
DFEH Matter No.: 201906-06540918
Kish / Tesla, Inc. dba Tesla Motors, Inc.

## DOCUMENT RETENTION NOTICE

You are hereby given notice not to destroy, conceal, or alter any paper documents or electronic data including data generated by or stored on any computer or computer storage media (i.e., CDs, DVDs, flash drives, external hard drives, internet-based storage) related to the claims and defenses in the above-referenced DFEH complaint.

Immediately suspend deletion, overwriting, or any other destruction of electronic information relevant to this dispute that is under your control, including suspending any practice you might have to discard hard copy or electronic documents and data, and electronic mail (e-mail) pursuant to certain schedules or based on the age of the documents or the completion or resolution of the matters they concern. This includes electronic information wherever it is stored – on a personal computer, on a laptop, at home, or with third-party agents. It includes all forms of electronic communication and information – e.g. e-mail, word processing, computer programs and files, calendars, voice messages, videos, photographs, and/or information in your smartphone or tablet or similar device. You also must retain all drafts of these same documents, records and e-mail, including any handwritten drafts or records. The information must be preserved in its original electronic form, so that all information contained within it, whether

Document Retention Notice
Re: Kish v. Tesla, Inc. dba Tesla Motors, Inc.
June 21, 2019
Page 2

visible or not (including metadata), is also available for inspection – it is not sufficient to make a hard copy of electronic communication.

### A. Hard-Copy Information That Should Be Preserved Includes, but is Not Limited to:

1. Application files;
2. Personnel files;
3. Employee data;
4. Payroll information;
5. Company policies and procedures;
6. Labor contracts;
7. Letters, memoranda, notes;
8. Complaints of discrimination or unfair terms and conditions of employment; and
9. All other documents containing information relevant to the subject matter of the above items and the above-referenced DFEH complaint.

### B. Electronic Information That Should Be Preserved Includes, but Is Not Limited to:

1. E-mail and information about e-mail (including message contents, header information, and logs of e-mail system usage) sent or received which is relevant to the subject matter of the DFEH complaint;
2. All logs of activity on computer systems, which may have been used to evaluate personnel matters;
3. All word-processing files containing information about or relevant to personnel matters; and
4. All other electronic data containing information relevant to the subject matter of the above-referenced DFEH complaint.

### C. Fixed Drives on Standalone Personal Computers and Network Workstations:

With regard to electronic data meeting the criteria listed in section B above, which existed on fixed drives attached to standalone desktop computers or laptops and/or network workstations at the time of this letter's delivery: do not alter or erase such electronic data, and do not perform other procedures (such as data compression and disk de-fragmentation or optimization routines) which may impact such data, unless a bit-stream copy has been made of such hard drive.

### D. Programs and Utilities:

Preserve copies of all programs and utilities which may be necessary to view or extract potentially responsive electronic data.

Document Retention Notice
Re: Kish v. Tesla, Inc. dba Tesla Motors, Inc.
June 21, 2019
Page 3

### E.     Evidence Created Subsequent to This Letter:

With regard to hard-copy information and electronic information and data created subsequent to the date of delivery of this letter, relevant evidence should not be destroyed, and you should take all appropriate steps to avoid destruction of evidence.

Sincerely,

*[signature]*

Nelson Chan
Assistant Chief Counsel