# Exhibit J



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Oakland Local Office**

1301 Clay Street, Suite 680-N
Oakland, CA 94612
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Oakland Direct Dial: (510) 956-0004
FAX (510) 637-3235
Website: www.eeoc.gov

January 8, 2020

Krissy A. Katzenstein
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

**RE:    Charlotte A. Burrows vs. Tesla, Inc. EEOC Charge: 555-2019-01273**

Ms. Katzenstein:

Thank you for submitting your Position Statement in response to this Charge of Discrimination. After reviewing your Position Statement and its exhibits, there is more information we would like to request.

Please submit responses to the following Requests for Information by **February 7, 2020**:

Please note that most information is requested to be produced in an electronic, machine readable format. To avoid any confusion about the request, the EEOC is attaching an Excel spreadsheet template for Respondent to use to provide this information. If Respondent prefers to submit the information in another machine-readable format, please check with me prior to submission to ensure that the EEOC can process the preferred format of that information. Information submitted in an unapproved format will not be acceptable.

**Definitions.** The following definitions apply to this Request for Information:

1. **Concerning.** The term "concerning" means referring to, describing, evidencing, or constituting.

2. **Document.** The terms "document" and "documents" includes writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium, including electronically stored information, from which information can be obtained either directly or, if necessary, after translation into a reasonably usable format.

3. **Identify (Documents).** When referring to documents, to "identify" means to give, to the extent known: (i) the type of document; (ii) the general subject matter of the document; (iii) the date of the document; (iv) the author(s), according to the document; and (v) the

1

Case 3:23-cv-04984-JSC   Document 22-16   Filed 12/18/23   Page 3 of 9

Charlotte A. Burrows vs. Tesla, Inc.
EEOC Charge: 555-2019-01273
January 8, 2020 Request for Information

      person(s) to whom, according to the document, the document (or a copy) was to have been sent; or, alternatively, to produce the document.

4. **Identify (Persons).** When referring to natural persons, to "identify" means to give the person's: (i) full name; (ii) present or last known personal address, personal cell phone number, home phone number, and personal e-mail address; (iii) present or last known place of employment; (iv) present or last known job title; and (v) relationship, if any, to Respondent. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent requests seeking the identification of that person.

5. **Relevant Period.** The relevant period for this Request for Information is May 29, 2015 to the present.

6. **Scope**. Unless otherwise specified these Requests pertain only to the personnel and facility located at 6800 Dumbarton Circle, Fremont, CA 94555 (Fremont Facility).

### Requests for Information

1. State whether Respondent has a contract with any agency of the federal government or is a subcontractor on a project which receives federal funding.

   a. If so, is Respondent covered by the provisions of Executive Order 11246? If your answer is yes, has your organization been the subject of a compliance review by the OFCCP at any time during the past two years? If you are covered by Executive Order 11246, please provide a copy of your most recent affirmative action plan.

**Workforce**

2. On its website, Tesla lists the following "Job Categories"[1]:
   - Design
   - Engineering & Information Technology
   - Facilities
   - Finance
   - HR
   - Legal & Government Affairs
   - Manufacturing
   - Marking & Communications
   - Operations & Business Support
   - Sales & Customer Support
   - Service & Energy Installation

---

[1] The EEOC will assume, unless corrected by Tesla, that each "Job Category" represents a department or business unit within Tesla.

Charlotte A. Burrows vs. Tesla, Inc.
EEOC Charge: 555-2019-01273
January 8, 2020 Request for Information

- Supply Chain

a. Please indicate if this is an accurate representation of how Tesla's workforce at the Fremont Facility is divided. Is each job category a separate department or business unit?

b. Are there any additional job categories not listed above? If so, please identify those job categories.

3. Please list all the job titles represented under each of the EEO-1 job categories listed in Tesla's 2017 EEO-1 Report that pertain to the Fremont Facility. For example, which job titles fall under "Technicians"?

4. How many job titles have been used at the Fremont Facility during the Relevant Period? Please Provide an organizational chart indicating each department or business unit, the various job titles within each department or business unit, and the management hierarchy for each department or business unit during the Relevant Period. Please Identify any job titles that are no longer in use and the effective dates of all job titles.

5. Please Identify all employment staffing agencies that have supplied workforce personnel to the Fremont Facility during the Relevant Period, including:

    a. Name, telephone number and business address of the Staffing Agency;

    b. The number of personnel of each employment staffing agency who was placed at the Fremont Facility as of January 1, 2015, January 1, 2016, January 1, 2017, January 1, 2018, January 1, 2019, and the present;

    c. The job titles for which each employment staffing agency provided personnel as of January 1, 2015, January 1, 2016, January 1, 2017, January 1, 2018, January 1, 2019, and the present;

**Physical Location**

6. Please provide the following information for the Fremont Facility:

    a. Please list the total number of full-time employees who worked at the Fremont Facility as of January 1, 2015; January 1, 2016, January 1, 2017; January 1, 2018, January 1, 2019 and the present.

    b. Are there Human Resources personnel based at the Fremont Facility? If so, please indicate the number of such personnel as of January 1, 2015; January 1, 2016, January 1, 2017; January 1, 2018, January 1, 2019 and the present.

**Investigations and Complaint Procedures**

7. When did Tesla institute the "Integrity Line" to report workplace issues?

    a. Please Identify any individual(s) who are responsible for compiling, documenting and/or managing information gathered through the "Integrity Line," at any time

Charlotte A. Burrows vs. Tesla, Inc.
EEOC Charge: 555-2019-01273
January 8, 2020 Request for Information

      during the Relevant Period, including the dates during which each individual was responsible.

    b. Did Tesla maintain written or electronic records of the reports received through the "Integrity Line" at any point during the Relevant Period?

        i  If so, please describe in detail the records, including the information retained, and the periods during which those records were maintained.

    c. Please Identify and produce all documents outlining the protocols, directives and policies in effect at any time during the Relevant Period concerning the operation of the Integrity Line.

8. According to the Position Statement, "Tesla takes seriously any such reports [concerning behavior employees perceive as illegal or unethical] and is committed to investigating and taking prompt remedial action as may be appropriate." *See* Respondent's August 3, 2019, Position Statement, pg. 3.

    a. Please Identify and produce all documents in effect any time during the Relevant Period, concerning directives given to HR managers or other individuals that outline the procedures for "investigating and taking prompt remedial action as may be appropriate,"

    b. Please Identify individuals responsible for such investigations during the Relevant Period.

    c. Does Tesla maintain a protocol for documenting such investigations and the resolution of them during the Relevant Period? If yes, please produce all memos, instructions, and directives that describe protocols for documenting such investigations and for documenting and/or memorializing the resolution of the report/complaint.

9. According to the Position Statement, "Tesla supports employee resource groups led by fellow employs to encourage peers to share ideas, build relationship and take advantage of mentorship opportunities. Employee resource groups include: Black@Tesla." *See* Respondent's August 3, 2019, Position Statement, pg. 3.

    a. Please describe when the group Black@Tesla was formed.

    b. Does the group Black@Tesla have a dedicated phone number, email address and/or physical address? If so, please Identify the phone number and/or address.

    c. Did the group Black@Tesla have a president, head or other formal leader at any time during the Relevant Period? If so, please Identify the individual, including their name, title, and contact information.

    d. Please describe all ways in which Respondent supports the group Black@Tesla.

4

Charlotte A. Burrows vs. Tesla, Inc.
EEOC Charge: 555-2019-01273
January 8, 2020 Request for Information

10. According to the Position Statement, ". . . [E]mployees are instructed [ ] to seek assistance from managers and supervisors when unsure about a particular situation, and to ask for help from a Human Resources manager . . ." *See* Respondent's August 3, 2019, Position Statement, pg. 2.

    a. Please describe the role of the Human Resource manager, with respect to such requests for help;

    b. Were there any Human Resources personnel other than Human Resources managers, responsible for addressing racial discrimination, harassment and/or retaliation complaints during the Relevant Period? If so, please identify each position, describe briefly its role in addressing racial discrimination, harassment and/or retaliation complaint, and the period in which it had this role;

    c. Please Identify all Individuals with the title of Human Resources manager, and any other Human Resource job titles identified in subsection (b) above as of January 1, 2015; January 1, 2016; January 1, 2017; January 1, 2018; January 1, 2019 and the present. For each employee, in addition to their name and job title, please indicate their last known address, phone number, email address, respective employment dates and department;

11. Please Identify all the systems or methods that Respondent's employees could use to submit complaints of harassment or discrimination from January 1, 2015 to present. For each system or method, please identify:

    a. The dates Respondent began (and stopped, if applicable) using the system or method for receiving complaints;

    b. How and where, if applicable, complaints submitted through this system or method were retained or recorded, and what were the form or forms in which the complaints were retained or recorded?;

    c. How and where, if applicable, information and documents concerning actions taken in response to the complaint were stored and retained, and what were the form or forms in which the complaints were retained;

    d. Whether Respondent asserts that any complaints submitted through the system or method or responses and documents relating to actions taken in response to the complaints, were deleted or are otherwise no longer available;

        i   If so, describe how and when such responses and documents were deleted or otherwise because unavailable.

    e. Whether any electronically-stored copies of complaints submitted through the system or method, or responses and documents relating to actions taken in response to the complaints, are on sources Respondent asserts are not reasonably accessible because of undue burden or cost;

5

Charlotte A. Burrows vs. Tesla, Inc.
EEOC Charge: 555-2019-01273
January 8, 2020 Request for Information

        i    If so, Identify the sources and describe in detail the undue burden or cost;

   f.  Whether there was any formal system or informal system in place to track or summarize the complaints and associated communications or responses.

        i    If so, please describe that system (e.g., database; chat logs).

**Policies**

12. Please produce all guidance, protocols, directives or memoranda that have been in effect during the Relevant Period that explain Tesla's expectations regarding the steps managers and other personnel should take in response to complaints of discrimination.

13. Please produce all documents, including any directives, memos, protocols, etc., that have been in effect during the Relevant Period that provide instruction or guidance to Human Resource's managers and other personnel about when they should contact the Legal Department in response to discrimination or harassment complaints.

14. Please produce all guidance, protocols, directives or memoranda that have been in effect during the Relevant Period that explain Tesla's expectations regarding the steps managers and other personnel should take in response to complaints of discrimination, harassment and/or retaliation made by personnel employed by employment staffing agencies.

15. Please produce all documents, including any directives, memos, protocols, etc., that have been in effect during the Relevant Period that provide instruction or guidance to Human Resource's managers and other personnel about when they should contact the Legal Department in response to discrimination or harassment complaints from staffing agency personnel.

16. Since January 1, 2015, how many versions of the Employee Handbook have there been? Please provide a complete copy of each Handbook in effect during the Relevant Period, and, if not evident from the document itself, designate the operative period for each Handbook.

17. Since January 1, 2015, how many versions of the Code of Business Conduct and Ethics have there been?

   a.  Please provide a copy of each Code of Business Conduct and Ethics in effect during the Relevant Period.

   b.  Please Highlight or explain the substantive changes between each version.

6

Charlotte A. Burrows vs. Tesla, Inc.
EEOC Charge: 555-2019-01273
January 8, 2020 Request for Information

18. Please provide workplace policies or guidelines relevant to racial harassment and discrimination, retaliation, or making complaints of discrimination (beyond what has already been submitted) that were in effect as of January 1, 2015; January 1, 2016; January 1; 2017; January 1, 2018, January 1, 2019 and the one currently in effect if different from the January 1, 2019 version. This may include policies or guidelines that address:

    a.  Discipline;
    b.  Termination of employment;
    c.  Promotion;
    d.  Equal Employment Opportunities and/or Discrimination;
    e.  Performance reviews or evaluations;
    f.  Misconduct;
    g.  Retaliation; and
    h.  Nature of the employment relationship;

**Training**

19. Please list all mandatory equal employment opportunity trainings for managerial and supervisory employees in 2015, 2016, 2017, and 2018, and 2019. Please indicate, if not evident from the title of the training, the topics covered in each training, and explain how these trainings were provided (e.g. live, in-person, video).

20. Please list all mandatory equal employment opportunity trainings for non-manager employees in 2015, 2016, 2017, and 2018, and 2019. Please indicate, if not evident from the title of the training, the topics covered in each training, and explain how these trainings were provided (e.g. live, in-person, video).

**Personnel Data**[2]

21. The EEOC requests information related to all of Respondent's black or African-American employees working in Respondent's Fremont Facility office between January 1, 2015 and the present. Provide the following information electronically;

    a. Employee's full name;
    b. Employee ID No. or unique identifier;
    c. Employee's start date;

---

[2] On Sheet 3 of the attached Excel workbook, the EEOC has included a sample template for the relevant information sought.  Please either provide the information requested in this format or another format such as Excel or .csv formats.  A PDF will not be acceptable.

7

Charlotte A. Burrows vs. Tesla, Inc.
EEOC Charge: 555-2019-01273
January 8, 2020 Request for Information

    d.   Employee's separation date (if applicable);

    e.   Reason for separation;

    f.   Employee's job title(s) during their tenure with the company;

    g.   Identify what department(s)/business unit(s) they worked with during tenure;

    h.   Contact information including most recent physical address, personal telephone number and personal email address.

Sincerely,

*Steven Hunt*

Digitally signed by Steven Hunt
DN: cn=Steven Hunt, o=U.S. Equal Employment Opportunity Commission, ou, email=steven.hunt@eeoc.gov, c=US
Date: 2020.01.08 14:09:35 -08'00'

Steven Hunt
Senior Bilingual Investigator
(510) 956-0012 (Direct)
steven.hunt@eeoc.gov