# Exhibit K

# REQUESTS FOR INFORMATION

Please note that most information is requested to be produced in an electronic, machine readable format. To avoid any confusion about the request, the EEOC is attaching an Excel spreadsheet template for Respondent to use to provide this information. If Respondent prefers to submit the information in another machine-readable format, please check with me prior to submission to ensure that the EEOC can process the preferred format of that information. Information submitted in an unapproved format will not be acceptable.

**Definitions.** The following definitions apply to this Request for Information:

1. ***Concerning.*** The term "concerning" means referring to, describing, evidencing, or constituting.

2. ***Document.*** The terms "document" and "documents" includes writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations— stored in any medium, including electronically stored information, from which information can be obtained either directly or, if necessary, after translation into a reasonably usable format.

3. ***Identify (Documents).*** When referring to documents, to "identify" means to give, to the extent known: (i) the type of document; (ii) the general subject matter of the document; (iii) the date of the document; (iv) the author(s), according to the document; and (v) the person(s) to whom, according to the document, the document (or a copy) was to have been sent; or, alternatively, to produce the document.

4. ***Identify (Persons).*** When referring to natural persons, to "identify" means to give the person's: (i) full name; (ii) present or last known personal address, personal cell phone number, home phone number, and personal e-mail address; (iii) present or last known place of employment; (iv) present or last known job title; and (v) relationship, if any, to Respondent. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent requests seeking the identification of that person.

5. ***Relevant Period.*** The relevant period for this Request for Information is January 1, 2015 to the present.

6. ***Scope.*** Unless otherwise specified, these Requests pertain to all personnel and facilities located in California.

7. ***Fremont Facility.*** Respondent's facilities located in Fremont, California.

**Requests for Information**

**Job Titles and Staffing Agencies**

1. Please list all the job positions, organized by job category and by year, applicable to employees who worked at Respondent's Fremont Facility from January 1, 2014 through the present.

2. Please identify all employment staffing agencies that have supplied workforce personnel to Respondent's Fremont Facility during the Relevant Period, including:

    a. Name, telephone number and business address of the staffing agency;

    b. The number of personnel from each employment staffing agency who was placed at each of Respondent's facilities y as of January 1, 2015; January 1, 2016; January 1, 2017; January 1, 2018; January 1, 2019; and the present;

    c. The job titles and job descriptions for which each employment staffing agency provided personnel from January 1, 2015 to the present;

    d. The location at which the staffing agency provided workforce personnel; and

    e. The contract(s) or agreement(s), whether written or not, between Respondent and each employment staffing agency from January 1, 2015 to the present.

3. Please identify every staffing agency worker who was placed at Respondent's Fremont Facility during the Relevant Period.  For each worker, please provide the following:[1]

    a. Worker's full name;

    b. Employee ID No. or unique identifier;

    c. Worker's staffing or placement agency;

    d. Address of facility;

    e. Worker's start date;

    f. Worker's separation date (if applicable);

    g. Reason for separation (if applicable);

    h. Worker's job title(s) during their placement with the company;

    i. The department(s)/business unit(s) they worked with during their placement;

    j. Worker's race; and

    k. Contact information including last known physical address, personal telephone number and personal email address.

---

[1] On Sheet 3 of the attached Excel workbook, the EEOC has included a sample template for the relevant information sought.  Please either provide the information requested in this format or another format such as Excel or .csv formats.  A PDF will not be acceptable.

4. Please identify systems, policies, and procedures used to identify, manage, provide access to Tesla facilities to, and track assignments for workers, including, but not limited to, workers placed by staffing agencies.

5. Please describe how Respondent tracked, documented and/or maintained information concerning allegations or concerns of racial discrimination, harassment, and/or retaliation.

6. Please describe how Respondent tracked, documented and/or maintained information concerning Respondent's investigations into allegations or concerns of racial discrimination, harassment, and/or retaliation that involved workers, including, but not limited to, workers placed by staffing agencies.

7. Please provide the contracts, service agreements, policies and/or communications that describe the services that nextSource provided to Respondent during the Relevant Period.

**Organizational Structure**

8. Please provide organizational charts, lists or other records that identify or define Respondent's corporate organizational structure or otherwise list officers, senior management, divisions management and the individuals who occupied those positions from January 1, 2015 to the present by name and job title, including, but not limited to, any organizational chart showing positions serving human resources functions.

9. Please provide documents delineating supervision and management reporting structure, including, but not limited to information typically depicted in organizational charts from January 1, 2015 to the present.

**Physical Location**

10. Please provide physical addresses for each of Respondent's facilities, buildings and/or locations in Fremont, California.
11. Please provide maps or diagrams depicting the layout(s) of each of Respondent's manufacturing facilities, including, but not limited to, the Fremont Facility.

12. Please provide the following information for each of Respondent's Fremont Facility:

    a. Please list the total number of full-time employees who worked at the facility as of January 1, 2015; January 1, 2016; January 1, 2017; January 1, 2018; January 1, 2019 and the present.

    b. Please list the total number of Human Resources personnel who worked at the facility as of January 1, 2015; January 1, 2016; January 1, 2017; January 1, 2018; January 1, 2019 and the present.

        a   Identify the name and job title of each Human Resource personnel who supported each of Respondent's Fremont Facility during the Relevant Period.

3

**Investigations and Complaint Procedures**

13. Please provide all documents related to each complaint or report of racial discrimination, harassment, and/or retaliation that Respondent received from January 1, 2015 to the present, from any worker, including workers placed by staffing agencies.

14. Please provide all documents related to any and all investigations into each complaint or report of racial discrimination, harassment, and/or retaliation that Respondent received from January 1, 2015 to the present, from any worker, including workers placed by staffing agencies.

15. When did Tesla institute the "Integrity Line" to report workplace issues?

    a. Please identify all individual(s) who were responsible for compiling, documenting and/or managing information gathered through the "Integrity Line," at any time during the Relevant Period, including the dates during which each individual was responsible for these duties.

    b. Please produce all Integrity Line-related documents related to any and all reports or complaints of racial discrimination, harassment, and/or retaliation.

16. Convercent

    Please provide the following information regarding the Convercent system.

    a. Technical Information

        i   A description of the Convercent system and how Respondent uses it;

        ii  The name and version of the Convercent system/software and relevant components;

        iii The date on which the company started using Convercent;

        iv  The name of the system/ software Respondent used before Convercent;

        v   The approximate number of records in the Convercent system;

        vi  The name and commonly understood description of each populated data table and field or variable on the relevant system component(s). The "key variable" or unique identifier such as employee or associate ID across components should be defined (Please provide this information in an EXCEL or similar spreadsheet);

        vii The definition of all codes used in the database. (Please provide in an EXCEL or similar spreadsheet);

        viii If the data from these system(s) cannot be written into a comma delimited file (".csv"), a data base file (".dbf") or other commonly used software (specifically, Excel, MS ACCESS, dBase, SAS, STATA or SPSS) provide file documentation, including file layout and field formats. That is, specify the beginning field and length of each variable, whether the variable is alpha or numeric, and the format of each variable such as date formats or numeric formats indicating decimals or "packed" data; and

4

      ix  If any of the relevant systems or system components of Convercent are maintained by an outside organization, please list the relevant system or components with the name and address of each corresponding outside organization and the inclusive dates of the contract or arrangement. Note that, in this instance, the Commission continues to request that you produce the descriptive items presented above (i-vi).

b. Please identify the person(s) responsible for maintaining and updating the procedure for collecting records and verifying the accuracy of them as entered into Convercent.

      i  Please describe the circumstances under which complaints or concerns are logged in Convercent.

c. Please identify the person most knowledgeable about Respondent's Convercent system and the policies applicable to it.

d. Please state whether complaints or concerns involving staffing agency employees located at Respondent's Fremont Facility are recorded in Convercent. If yes, please state the period of time during which these complaints or concerns were recorded in Convercent.

e. Respondent previously explained that Integrity Line calls are received by a third-party call center, which enters them into Tesla's Convercent System, accessible by certain Employee Relations Group and Legal Department personnel.[2] Yet, Respondent failed to identify these individuals/entities.

      i  Please identify all entities and personnel that are permitted to access and/or edit Respondent's Convercent system.

f. How long are Convercent records maintained? And under what circumstances are they deleted?

      i  Please produce any recordkeeping/document retention policies applicable to records entered into Convercent.

g. Are Convercent records stored on Respondent's own servers? If not, please identify where Respondent's Convercent records are stored.

h. Please identify and produce the policies and directives in effect at any time during the Relevant Period concerning the use of Convercent by Respondent's personnel or any third-party entities who can access the Convercent system on Respondent's behalf.

i. Have any staffing agencies engaged by Respondent had access to Respondent's Convercent system? If so, please identify the staffing agency and its personnel and produce any applicable policies concerning the agency's access and/or use.

17. Please describe how Respondent tracked, documented and/or maintained information concerning Respondent's investigations of allegations or concerns of racial harassment, discrimination, and/ or retaliation from 2015 to 2017

---

[2] *See* page 5 of Respondent's February 21, 2020 Response to the EEOC's Request for Information.

5

18. Employee Relations Group
    a. Respondent previously explained that "investigations involving concerns of discrimination or harassment . . . would typically be conducted by members of Tesla's Employee Relations group."[3] Please describe the purpose of Respondent's Employee Relations Group (ERG) and when it was formed.
    b. Please identify all individuals who are or who have been members of the ERG or who have supported Respondent's Fremont Facility during the relevant period, and include the address of the facility(ies) each person worked.
    c. Respondent stated that "concerns of racial discrimination, racial harassment and retaliation that are not made directly to the Employee Relations group are typically escalated to that group for further investigation."[4] Please identify and produce policies, procedures and directives applicable during the Relevant Period concerning the circumstances when such concerns are escalated to the ERG.

**Training**

19. Please list by calendar year all mandatory equal employment opportunity trainings for Human Resources, managerial and supervisory employees in 2015, 2016, 2017, and 2018, and 2019. Please describe, if not evident from the title of the training, the topics covered in each training, and explain how these trainings were provided (e.g. live, in-person, video).
    a. Please provide the training materials for these trainings.

20. Please list by calendar year all mandatory equal employment opportunity trainings for non-manager employees in 2015, 2016, 2017, and 2018, and 2019. Please describe, if not evident from the title of the training, the topics covered in each training, and explain how these trainings were provided (e.g. live, in-person, video).
    a. Please provide the training materials for these trainings.

21. Please provide the training materials, if any, provided to staffing agency workers/personnel who were placed at your Fremont Facility during the Relevant Period.

---

[3] *See* page 6 of Respondent's February 21, 2020 Response to the EEOC's Request for Information.
[4] *See* page 7 of Respondent's February 21, 2020 Response to the EEOC's Request for Information.

**Personnel Data**

22. Please identify the black and/or African-American employees working in each of Respondent's Fremont Facility between January 1, 2015 and the present. Provide the following information electronically[5];

    a. Employee's full name;

    b. Employee ID No. or unique identifier;

    c. Employee's start date;

    d. Employee's separation date (if applicable);

    e. Reason for separation;

    f. Employee's job title(s) during their tenure with the company;

    g. The department(s)/business unit(s) they worked with during tenure; and

    h. Contact information including most recent physical address, personal telephone number and personal email address.

23. Please produce the complete personnel file for each individual identified as "VICTIM/REPORTER" in the "Employee Relations Log of Potentially Responsive Internal Complaints of Race Discrimination" produced to DFEH on November 12, 2019.

24. Please produce the complete personnel file for each individual identified as "SUBJECT/ACCUSED" in the "Employee Relations Log of Potentially Responsive Internal Complaints of Race Discrimination" produced to the DFEH on November 12, 2019.

25. Please produce the complete personnel file for each individual interviewed as a witness related to a complaint in the "Employee Relations Log of Potentially Responsive Internal Complaints of Race Discrimination" produced to the DFEH on November 12, 2019.

26. Please produce the complete personnel file for each individual who investigated any complaint in the "Employee Relations Log of Potentially Responsive Internal Complaints of Race Discrimination" produced to the DFEH on November 12, 2019.

27. Please provide all contact information, including last known physical address, personal telephone numbers, and personal e-mail addresses for each individual identified as "VICTIM/REPORTER" in the "Employee Relations Log of Potentially Responsive Internal Complaints of Race Discrimination" produced to the DFEH on November 12, 2019.

28. Please provide all contact information, including last known physical address, personal telephone numbers, and personal e-mail addresses for each individual identified as

---

[5] On Sheet 3 of the attached Excel workbook, the EEOC has included a sample template for the relevant information sought. Please either provide the information requested in this format or another format such as Excel or .csv formats. A PDF will not be acceptable.

"SUBJECT/ACCUSED" in the "Employee Relations Log of Potentially Responsive Internal Complaints of Race Discrimination" produced to the DFEH on November 12, 2019.

29. Please provide all contact information, including last known physical address, personal telephone numbers, and personal e-mail addresses for each individual identified as a witness for any and all complaints in the "Employee Relations Log of Potentially Responsive Internal Complaints of Race Discrimination" produced to the DFEH on November 12, 2019.