Thomas E. Hill (SBN 100861)
thomas.hill@hklaw.com
Christina T. Tellado (SBN 298597)
christina.tellado@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
TESLA, INC.

(*Additional counsel listed on next page*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TESLA, INC., <br><br> Defendant. | Case No. 3:23-cv-4984-JSC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION TO STAY ALL PROCEEDINGS IN LIGHT OF LONG-RUNNING, CURRENTLY PENDING AND VIRTUALLY IDENTICAL STATE COURT LITIGATION** <br><br> Hearing Date: February 1, 2024 <br> Time: 10:00 AM <br> Judge: Hon. Jacqueline Scott Corey <br> Courtroom: 8 <br><br> Complaint Filed: September 28, 2023 <br><br> [*Defendant's Notice of Motion and Motion; Declarations of Sara A. Begley, Tiffany Hart, Thomas E. Hill and Jessica Quon-Vaili; Request for Judicial Notice; and Exhibits in Support of Motion, All Filed Concurrently Herewith*] |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

1   Sara A. Begley (*admitted pro hac vice*)
    sara.begley@hklaw.com
2   HOLLAND & KNIGHT LLP
    1650 Market Street, Suite 3300
3   Philadelphia, Pennsylvania  19103
    Telephone:  (215) 252-9600
4   Facsimile:  (215) 867-6070

5   Samuel J. Stone (SBN 317013)
    sam.stone@hklaw.com
6   Mary T. Vu (SBN 323088)
    mary.vu@hklaw.com
7   HOLLAND & KNIGHT LLP
    400 South Hope Street, 8th Floor
8   Los Angeles, California  90071
    Telephone:  (213) 896-2400
9   Facsimile:  (213) 896-2450

10  Raymond A. Cardozo (SBN 173263)
    rcardozo@reedsmith.com
11  REED SMITH LLP
    101 Second Street, Suite 1800
12  San Francisco, California  94105-3659
    Telephone:  (415) 543-8700
13  Facsimile:  (415) 391-8269

14  Tyree P. Jones Jr. (SBN 127631)
    tpjones@reedsmith.com
15  REED SMITH LLP
    1301 K Street, N.W., Suite 1000
16  Washington, DC  20005-3317
    Telephone:  (202) 414-9200
17  Facsimile:  (202) 414-9299

18  Attorneys for Defendant TESLA, INC.

19

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

[PROPOSED] ORDER GRANTING DEF. TESLA, INC.'S MOT. TO STAY ALL PROCEEDINGS
Case No.: 3:23-cv-4984-JSC

**[PROPOSED] ORDER**

The Court hereby GRANTS Defendant Tesla, Inc.'s Motion to Stay All Proceedings in this action pending resolution of the California state court actions in (1) *Department of Fair Employment and Housing v. Tesla, Inc.*, Alameda County Superior Court Case No. 22CV006830, and (2) *Vaughn, et al. v. Tesla, Inc., et al.*, Alameda County Superior Court Case No. RG17882082 (collectively, the "State Court Actions").  Defendant shall provide the Court updates regarding the status of the State Court Actions every 180 days following entry of this order.

IT IS SO ORDERED.

_____

U.S. District Judge

Dated: _____, 2023.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

[PROPOSED] ORDER GRANTING TESLA, INC.'S MOTION TO STAY ALL PROCEEDINGS
Case No.: 3:23-cv-4984-JSC

Submitted by:

HOLLAND & KNIGHT LLP


By: ___/s/ Thomas E. Hill_____
Thomas E. Hill
*Attorneys for Defendant*
TESLA, INC.

2