ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0933
Fax No. (415) 522-3425
kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*

THOMAS E. HILL, SBN 100861
thomas.hill@hklaw.com
CHRISTINA T. TELLADO, SBN 298597
christina.tellado@hklaw.com
HOLLAND & KNIGHT, LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

*Attorneys for Defendant Tesla*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No.:  3:23-cv-04984-JSC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL CASE DEADLINES** |

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Tesla, Inc. ("Tesla") (collectively, "the Parties") jointly submit this request in accordance with Local Rules 6-2 and 7-12 for the Court to vacate the Initial Case Management Conference and initial case deadlines, including the deadlines to meet and confer pursuant to Rule 26(f) and regarding initial

1  disclosures, early settlement, and a discovery plan Fed. R. Civ. P. 26(f); L.R. 6-2, 7-12.

2      Plaintiff EEOC filed the Complaint in this matter on September 28, 2023. (ECF 1) On
3  October 2, 2023, the Court issued an Order Setting Initial Case Management Conference and ADR
4  Deadlines ("Initial Case Management Order"). (ECF 7) The Initial Case Management Order set
5  December 19, 2023, as the deadline for the parties to meet and confer regarding Rule 26(f), initial
6  disclosures, early settlement, ADR process selection and a discovery plan.

7      Defendant Tesla waived service of Summons; therefore, Defendant's answer or motion under
8  Rule 12 is due within sixty days of October 26, 2023, i.e., no later than December 26, 2023. (ECF
9  11) *See also* Fed R. Civ. P. 12(a)(ii). On December 13, 2023, the Clerk issued a notice rescheduling
10 the Initial Case Management Conference to January 11, 2024 (ECF 20), which shifted the Rule 26(f)
11 and other meet and confer deadlines to December 21, 2023.

12     On December 18, 2023, Defendant Tesla filed a Notice of Motion and Motion to Stay All
13 Proceedings and requested a hearing on February 1, 2024. (ECF 22) As of this filing, Defendant
14 Tesla has not yet answered or otherwise responded to the Complaint and Defendant's Motion to Stay
15 remains pending. Accordingly, the Initial Case Management Conference in this matter predates the
16 hearing on a Motion to Stay, and the currently established December 21, 2023 deadline, is prior to
17 the Defendant's deadline for filing and serving its response to the Complaint. (ECF 11)

18     There is good cause for the Court to vacate the deadlines set by the initial case management
19 orders and reset all initial case deadlines (excluding the deadline for Defendant's response to the
20 Complaint) after the Court rules on Defendant's Motion to Stay. By its terms, Rule 26(f)
21 contemplates that the parties to a lawsuit will confer regarding all claims and defenses to jointly
22 develop a discovery plan and to discuss "the possibilities for promptly settling or resolving the case."
23 Fed. R. Civ. P.26(f). The Parties are unable to comply fully with Rule 26(f) while Defendant's
24 response to the Complaint remains pending. In addition, the Parties believe it would serve judicial
25 efficiency for the Court to postpone the Initial Case Management Conference and to reschedule it, if
26 necessary, after the Court has ruled on the Defendant's Motion to Stay. Accordingly, the Parties
27 respectfully request the Court enter an order vacating the Initial Case Management Conference and
28 all initial case deadlines until after it rules on Defendant's Motion to Stay, in the interest of

1  efficiency and in order to facilitate informed Rule 26(f) discussions, and to preserve the resources of
2  the Court and litigants.

**STIPULATION**

WHEREAS, the Parties believe that good cause exists to continue the Initial Case Management Conference and related deadlines pursuant to Local Rule 16-10 since the current Initial Case Management Conference of January 11, 2023, falls before the February 1, 2023 hearing on Defendant's Motion to Stay;

WHEREAS, the Parties believe that good cause exists to vacate the initial case deadlines to meet and confer pursuant to Rule 26(f) regarding initial disclosures, early settlement, ADR process selection and a discovery plan since the current December 21, 2023 deadline falls before Defendant's response is due and since an order granting Defendant's motion would eliminate the need for the parties to confer; and

WHEREAS, the Parties have not requested any other continuances or extensions to the Court's deadlines;

THEREFORE, it is hereby stipulated and agreed that, subject to Court approval, the Parties' Initial Case Management Conference will be vacated and will be reset, if necessary, after the Court rules on the Defendant's Motion to Stay All Proceedings, and the Parties' deadline for convening a

/ / /
/ / /
/ / /

1  Rule 26(f) conference and conferring about initial disclosures, early settlement, ADR process
2  selection, and discovery plan shall also be vacated pending further order of the Court.
3  IT IS SO STIPULATED.
4
5  Respectfully submitted,
6  DATED this 21st of December, 2023.

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | KARLA GILBRIDE<br>General Counsel |
| MARCIA L. MITCHELL<br>Assistant Regional Trial Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| JAMES H. BAKER<br>Senior Trial Attorney | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |
| KENA C. CADOR<br>Trial Attorney | |

BY:  /s/ Kena C. Cador
     KENA C. CADOR
     U.S. EQUAL EMPLOYMENT
     OPPORTUNITY COMMISSION
     San Francisco District Office
     450 Golden Gate Ave., 5th Floor West
     P.O. Box 36025
     San Francisco, CA 94102
     Telephone (650) 684-0933
     kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*

By:  /s/ Christina Tellado
     CHRISTINA TELLADO, ESQ.
     THOMAS E. HILL, ESQ.
     HOLLAND & KNIGHT, LLP
     400 South Hope Street, 8th Floor
     Los Angeles, California 90071
     Telephone: (213) 896-2400
     Facsimile: (213) 896-2450
     christina.tellado@hklaw.com

*Attorneys for Defendant Tesla, Inc.*

**LOCAL RULE 5-1(I)(3) ATTESTATION**

I, Kena C. Cador, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendant concurred in this filing on December 21, 2023.

Dated: December 21, 2023

BY:   /s/  Kena C. Cador
KENA C. CADOR

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Tesla, Inc., IT IS HEREBY ORDERED THAT:

The January 11, 2024 Case Management Conference is vacated and will be reset, if necessary, after the Court rules on the Defendant's Motion to Stay All Proceedings; and the Parties' deadline for convening a Rule 26(f) conference and conferring about initial disclosures, early settlement, ADR process selection and discovery plan are also hereby vacated pending further order of the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   December 21, 2023

HON. JACQUELINE S. CORLEY
United States District Court Judge

ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0933
Fax No. (415) 522-3425
kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No.: 3:23-cv-04984-JSC<br><br>**DECLARATION OF KENA CADOR IN SUPPORT OF JOINT STIPULATION CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL CASE DEADLINES** |

I, Kena C. Cador, being of lawful age, declare under penalty of perjury, that the following statements are true and correct to the best of my knowledge:

1. I am a Trial Attorney at the United States Equal Employment Opportunity Commission ("EEOC"), in the San Francisco District Office, and I have personal knowledge of the facts set forth in this Declaration.

2. I submit this declaration in support of the Parties' Joint Stipulation Continuing the Initial Case Management Conference and Initial Case Deadlines.

3. Plaintiff EEOC filed the Complaint in this matter on September 28, 2023. (ECF 1)

4. On October 2, 2023, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines ("Initial Case Management Order"). (ECF 7)