Thomas E. Hill (SBN 100861)
thomas.hill@hklaw.com
Christina T. Tellado (SBN 298597)
christina.tellado@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
TESLA, INC.

(*Additional counsel listed on next page*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC.,<br><br>　　　　　Defendant. | Case No. 3:23-cv-4984-JSC<br><br>**DEFENDANT TESLA, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. Jacqueline S. Corley<br>Complaint Filed: September 28, 2023 |

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

Sara A. Begley (*admitted pro hac vice*)
sara.begley@hklaw.com
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania  19103
Telephone:  (215) 252-9600
Facsimile:   (215) 867-6070

Samuel J. Stone (SBN 317013)
sam.stone@hklaw.com
Mary T. Vu (SBN 323088)
mary.vu@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Raymond A. Cardozo (SBN 173263)
rcardozo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California  94105-3659
Telephone:  (415) 543-8700
Facsimile:   (415) 391-8269

Tyree P. Jones Jr. (SBN 127631)
tpjones@reedsmith.com
REED SMITH LLP
1301 K Street, N.W., Suite 1000
Washington, DC  20005-3317
Telephone:  (202) 414-9200
Facsimile:   (202) 414-9299

Attorneys for Defendant
TESLA, INC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:  December 26, 2023                    HOLLAND & KNIGHT LLP


By: /s/  Thomas E. Hill
      Thomas E. Hill

*Attorneys for Defendant*
TESLA, INC.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

3
DEF. TESLA, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No.: 3:23-CV-4984-JSC