1  Thomas E. Hill (SBN 100861)
   thomas.hill@hklaw.com
2  Christina T. Tellado (SBN 298597)
   christina.tellado@hklaw.com
3  HOLLAND & KNIGHT LLP
   400 South Hope Street, 8th Floor
4  Los Angeles, California  90071
   Telephone:  (213) 896-2400
5  Facsimile:   (213) 896-2450

6  Attorneys for Defendant
   TESLA, INC.

7
   (*Additional counsel listed on next page*)
8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11            **SAN FRANCISCO DIVISION**

12  U.S. EQUAL EMPLOYMENT                    Case No. 3:23-cv-4984-JSC
    OPPORTUNITY COMMISSION,
13                                           **[PROPOSED] ORDER GRANTING**
                        Plaintiff,           **DEFENDANT TESLA, INC.'S MOTION**
14                                           **TO DISMISS**
           v.
15                                           Hearing Date:  February 8, 2024
    TESLA, INC.,                             Time:  10:00 AM
16                                           Judge:  Hon. Jacqueline Scott Corey
                        Defendant.           Courtroom:  8
17
                                             Complaint Filed:  September 28, 2023
18
                                             [*Defendant's Notice of Motion and Motion*
19                                           *Filed Concurrently Herewith*]

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

1    Sara A. Begley (*admitted pro hac vice*)
     sara.begley@hklaw.com
2    HOLLAND & KNIGHT LLP
     1650 Market Street, Suite 3300
3    Philadelphia, Pennsylvania  19103
     Telephone:  (215) 252-9600
4    Facsimile:   (215) 867-6070

5    Samuel J. Stone (SBN 317013)
     sam.stone@hklaw.com
6    Mary T. Vu (SBN 323088)
     mary.vu@hklaw.com
7    HOLLAND & KNIGHT LLP
     400 South Hope Street, 8th Floor
8    Los Angeles, California  90071
     Telephone:  (213) 896-2400
9    Facsimile:   (213) 896-2450

10   Raymond A. Cardozo (SBN 173263)
     rcardozo@reedsmith.com
11   REED SMITH LLP
     101 Second Street, Suite 1800
12   San Francisco, California  94105-3659
     Telephone:  (415) 543-8700
13   Facsimile:   (415) 391-8269

14   Tyree P. Jones Jr. (SBN 127631)
     tpjones@reedsmith.com
15   REED SMITH LLP
     1301 K Street, N.W., Suite 1000
16   Washington, DC  20005-3317
     Telephone:  (202) 414-9200
17   Facsimile:   (202) 414-9299

18   Attorneys for Defendant TESLA, INC.

19

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

[PROPOSED] ORDER GRANTING DEF. TESLA, INC.'S MOT. TO DISMISS
Case No.: 3:23-cv-4984-JSC

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

1

**[PROPOSED] ORDER**

2       The Court hereby GRANTS Defendant Tesla, Inc.'s December 26, 2023, Motion to Dismiss

3   Plaintiff U.S. Equal Employment Opportunity Commission's complaint (Dkt. 1) in its entirety

4   pursuant Fed. R. Civ. Proc. 12(b)(6).

5       IT IS SO ORDERED.

6

7                                                                    _____

8                                                                    Hon. Jacqueline S. Corley

9                                                                    U.S. District Judge

10       Dated: _____ , 2024.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING TESLA, INC.'S MOTION TO DISMISS
Case No.: 3:23-cv-4984-JSC

<div style="writing-mode: vertical-rl">
Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450
</div>

1    Submitted by:

2                                    HOLLAND & KNIGHT LLP

3

4                                    By:____/s/ Thomas E. Hill_____
                                          Thomas E. Hill
5                                         *Attorneys for Defendant*
                                          TESLA, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING TESLA, INC.'S MOTION TO DISMISS
Case No.: 3:23-cv-4984-JSC