ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0933
Fax No. (415) 522-3425
kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*

THOMAS E. HILL, SBN 100861
thomas.hill@hklaw.com
CHRISTINA T. TELLADO, SBN 298597
christina.tellado@hklaw.com
HOLLAND & KNIGHT, LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

*Attorneys for Defendant Tesla*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No.: 3:23-cv-04984-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE FOR TESLA'S MOTION TO DISMISS AND RESETTING HEARING DATE** |

Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and Defendant Tesla, Inc. (Tesla) (collectively, the Parties) jointly submit this request in accordance with Local Rules 6-2 and 7-12 for the Court to enlarge the briefing schedule for the opposition and reply deadlines for Tesla's Motion to Dismiss the Complaint (ECF 27) and resetting the hearing date for this motion.

1    Plaintiff EEOC filed the Complaint in this matter on September 28, 2023. (ECF 1) On December 18, 2023, Defendant Tesla filed a Notice of Motion and Motion to Stay All Proceedings and requested a hearing on February 1, 2024. (ECF 22) The current deadlines for the Parties to submit an opposition and a reply there to are January 3, 2024, and January 10, 2024, respectively (ECF 22-A). On December 26, 2023, Defendant Tesla filed a Notice of Motion and Motion to Dismiss and requested a hearing on February 8, 2024. (ECF 27) The current deadlines for the Parties to submit an opposition and a reply thereto are January 9, 2024, and January 16, 2024, respectively (ECF 27-A).

The Parties seek modest additional time to prepare their respective briefings for the Motion to Dismiss, the schedule for which has fallen over the holidays and overlaps with the Parties' opposition and reply for the Motion to Stay. Extending the time to complete the briefing and hear Tesla's Motion to Dismiss, a date which was noticed by Tesla, will not otherwise disrupt any other deadlines in the case. The only prior time modification requested and received by the Parties was to vacate the initial case management deadlines until after the Court rules on Tesla's Motion to Stay All Proceedings (ECF 23, 24).

## STIPULATION

WHEREAS, the Parties believe that good cause exists to enlarge the briefing schedule and continue the related hearing date for Tesla's Motion to Dismiss, as the briefing schedule overlaps with briefing on the Motion to Stay, the additional requested time is modest, and the enlargement will not disrupt any other deadlines in the case;

WHEREAS, the Parties have requested only one other continuance to vacate the initial case deadlines and deadline to meet and confer pursuant to Rule 26(f) until the Court rules on the Motion to Stay.

THEREFORE, it is hereby stipulated and agreed that, subject to Court approval, the briefing deadlines for Tesla's Motion to Dismiss will be enlarged as follows: The deadline for the EEOC to oppose this Motion will be January 30, 2024, and the deadline for Tesla to reply to the opposition will be February 6, 2024. Also, subject to Court approval, the Parties' request that the hearing on this Motion be held on February 22, 2024.

1  IT IS SO STIPULATED.

2

3  Respectfully submitted,

4  DATED this 29th of December, 2023.

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | KARLA GILBRIDE<br>General Counsel |
| MARCIA L. MITCHELL<br>Assistant Regional Trial Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| JAMES H. BAKER<br>Senior Trial Attorney | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |
| KENA C. CADOR<br>Trial Attorney | |

BY: _/s/ James H. Baker_
James H. Baker
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone (650) 684-0933
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

By: _/s/ Thomas E. Hill_
.
THOMAS E. HILL, ESQ.
CHRISTINA TELLADO, ESQ
HOLLAND & KNIGHT, LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
christina.tellado@hklaw.com

*Attorneys for Defendant Tesla, Inc.*

**LOCAL RULE 5-1(I)(3) ATTESTATION**

I, James H. Baker, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendant concurred in this filing on December 29, 2023.

Dated: December 29, 2023

BY:  /s/ James H. Baker
JAMES H. BAKER

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Tesla, Inc., IT IS HEREBY ORDERED THAT:

1. The hearing on Tesla's Motion to Dismiss the Complaint [ECF 27] is reset for 2/22/2024 10:00 AM in San Francisco, Courtroom 08, 19th Floor.
2. Responses are due by 1/30/2024. Replies are due by 2/6/2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HON. JACQUELINE SCOTT CORLEY
United States District Court Judge