EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [ ] FEPA<br>[X] EEOC | 555-2019-01273 |

California Department Of Fair Employment & Housing _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Hon. Charlotte A. Burrows | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 131 M Street, Ne, 4th Fl., Washington, DC 20017 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **TESLA, INC.** | **500 or More** | |

| Street Address | City, State and ZIP Code |
|---|---|
| 6800 Dumbarton Circle, Fremont, CA 94555 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **05-29-2015**   Latest: **05-28-2019**

[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**Please See Attached.**

---

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |
| _____   _____<br>Date                          Charging Party Signature | |



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington, D.C. 20507

RECEIVED
MAY 28 2019
EEOC - OLO

## COMMISSIONER'S CHARGE

Pursuant to authority contained in Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. (Title VII), I issue this Commissioner's charge against the following entity:

Tesla, Inc.
6800 Dumbarton Circle
Fremont, CA 94555

I believe that the above-named employer is within the jurisdiction of the United States Equal Employment Opportunity Commission. I further believe that, since at least May 29, 2015, this employer may have violated, and may continue to violate, Title VII of the Civil Rights Act of 1964, as amended, by discriminating against employees based on their race (black) and retaliating against employees for engaging in protected activity.

Specifically, the unlawful discrimination practices include, but are not limited to:

Subjecting black employees to an unlawful hostile work environment created by racial harassment, intimidation, and discriminatory treatment because of their race; and,

Retaliating against employees for complaining about or expressing opposition to racial harassment and race-based discrimination they experienced or observed.

The aggrieved persons include all individuals who have been, continue to be, or will be adversely affected in the future by the unlawful employment practices set forth in this charge.

I, Charlotte A. Burrows, declare under penalty of perjury, that the foregoing is, to the best of my knowledge and belief, true and correct.

Executed on this 28th day of May 2019.

*[signature]*

_____
Charlotte A. Burrows
Commissioner
U.S. Equal Employment Opportunity Commission