# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Francisco District Office**
Phillip Burton Federal Building
450 Golden Gate Avenue
5 West P. O. Box 36025
San Francisco, CA  94102
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
San Francisco Direct Dial:  (650) 684-0910
FAX (415) 522-3415
Website:  www.eeoc.gov

June 21, 2023

*VIA EEOC PORTAL ONLY*

Hon. Charlotte A. Burrows
131 M Street, Ne, 4th Fl.
Washington, DC 20017

TESLA, INC.
Attn: Stephanie Stroup, Associate General Counsel
901 PAGE AVE ATTN: LEGAL DEPARTMENT
Fremont, CA 94538


Sara A. Begley, Partner
Holland & Knight
2929 ARCH ST STE 800
Philadelphia, PA 19104

Re:  Hon. Charlotte A. Burrows v. TESLA, INC.
      EEOC Charge Number: 555-2019-01273


## NOTICE OF CONCILIATION FAILURE

The Commission has determined that efforts to conciliate this charge as required by Title VII of the Civil Rights Act of 1964 (Title VII) have been unsuccessful. This letter is the notice required by §1601.25 of the Commission's Regulations, which provides that the Commission shall notify a Respondent in writing when it determines that further conciliation efforts would be futile or non-productive. No further efforts will be made to conciliate this case.

Accordingly, this case will be reviewed to determine whether the EEOC will take further action against the above-named Respondent. A determination should be forthcoming in the near future.


On Behalf of the Commission:

Nancy A. Sienko, District Director
San Francisco District Office