ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, vs. TESLA, INC. Defendant. | Case No.: 3:23-cv-04984-JSC **PLAINITFF EEOC'S [PROPOSED] ORDER DENYING DEFENDANT TESLA'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM** |
|---|---|

Defendant Tesla, Inc. (Defendant)'s Motion to Dismiss Plaintiff Equal Employment Opportunity Commission's Complaint for Failure to State a Claim (Motion to Dismiss) (ECF 27) having come for hearing before this Court, and this Court having considered the parties' briefing and all other evidence and arguments in support and in opposition thereof, and for good cause shown, it is hereby ORDERED that:

Defendant's Motion to Dismiss (ECF 27) is hereby DENIED. Defendant shall file its Answer to the Complaint within twenty-one (21) days of this order.

Dated:

_____
HON. JACQUELINE SCOTT CORLEY
United States District Court Judge