1  Thomas E. Hill (SBN 100861)
   thomas.hill@hklaw.com
2  Christina T. Tellado (SBN 298597)
   christina.tellado@hklaw.com
3  HOLLAND & KNIGHT LLP
   400 South Hope Street, 8th Floor
4  Los Angeles, California  90071
   Telephone:  (213) 896-2400
5  Facsimile:   (213) 896-2450

6  Attorneys for Defendant
   TESLA, INC.
7
   (*Additional counsel listed on next page*)
8
                           **UNITED STATES DISTRICT COURT**
9
                          **NORTHERN DISTRICT OF CALIFORNIA**
10
                               **SAN FRANCISCO DIVISION**
11

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 3:23-cv-4984-JSC |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF PAUL W. MATTHIAS-BENNETCH ON BEHALF OF DEFENDANT TESLA, INC.** |
| v. | |
| TESLA, INC., | |
| Defendant. | |

1   Sara A. Begley (*admitted pro hac vice*)
    sara.begley@hklaw.com
2   HOLLAND & KNIGHT LLP
    1650 Market Street, Suite 3300
3   Philadelphia, Pennsylvania  19103
    Telephone:  (215) 252-9600
4   Facsimile:   (215) 867-6070

5   Samuel J. Stone (SBN 317013)
    sam.stone@hklaw.com
6   Mary T. Vu (SBN 323088)
    mary.vu@hklaw.com
7   HOLLAND & KNIGHT LLP
    400 South Hope Street, 8th Floor
8   Los Angeles, California  90071
    Telephone:  (213) 896-2400
9   Facsimile:   (213) 896-2450

10  Paul W. Matthias-Bennetch (SBN 318545)
    paul.bennetch@hklaw.com
11  HOLLAND & KNIGHT LLP
    601 SW 2nd Ave., Suite 1800
12  Portland, OR 97204
    Telephone:  (503) 517-2910
13  Facsimile:  (503) 241-8014

14  Raymond A. Cardozo (SBN 173263)
    rcardozo@reedsmith.com
15  REED SMITH LLP
    101 Second Street, Suite 1800
16  San Francisco, California  94105-3659
    Telephone:  (415) 543-8700
17  Facsimile:   (415) 391-8269

18  Tyree P. Jones Jr. (SBN 127631)
    tpjones@reedsmith.com
19  REED SMITH LLP
    1301 K Street, N.W., Suite 1000
20  Washington, DC  20005-3317
    Telephone:  (202) 414-9200
21  Facsimile:   (202) 414-9299

22  Attorneys for Defendant TESLA, INC.

23

24

25

26

27

28

NOTICE OF APPEARANCE OF PAUL W. MATTHIAS-BENNETCH
Case No.: 3:23-cv-4984-JSC

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2), of the appearance of Paul W. Matthias-Bennetch of Holland & Knight LLP, as counsel of record for Defendant Tesla, Inc. in the above-entitled action.  I am licensed to practice law in the State of California, a member in good standing of the California State Bar, and am admitted to practice before the United States District Court of the Northern District of California.   Tesla, Inc. respectfully requests that all future correspondence be addressed to Paul Matthias-Bennetch at the following address, telephone number, and e-mail address:

> HOLLAND & KNIGHT LLP
> Paul W. Matthias-Bennetch
> 601 SW 2nd Ave., Suite 1800
> Portland, OR 97204
> paul.bennetch@hklaw.com
> Telephone:  (503) 517-2910

Dated:  March 11, 2024

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: */s/ Paul Matthias-Bennetch*
Paul W. Matthias-Bennetch
*Attorneys for Defendant*
TESLA, INC.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450