ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.<br><br>Defendant. | Case No.: 3:23-cv-04984-JSC<br><br>**PLAINTIFF EEOC'S OPPOSITION TO DEFENDANT TESLA, INC'S STATEMENT OF RECENT DECISIONS AND REQUEST TO STRIKE**<br><br>Judge: Hon. Jacqueline S. Corley<br>Courtroom: 8, 4th Floor<br>Hearing Date: March 28, 2024<br>Time: 10:00 a.m. |

On March 11, 2024, Defendant Tesla, Inc. (Tesla) filed a Statement of Recent Decisions Authority in Support of Defendant's Motion to Stay All Proceedings (Statement of Recent Decisions) (Dkt. No. 39). Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) opposes the Statement of Recent Decisions, which violates Local Rules, and respectfully asks that it be stricken and disregarded by the Court in ruling on Tesla's pending Motion to Stay All Proceedings (Dkt. No. 22).

/ / /

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule 7-3 states, "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval," except that,

> Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision. Such Statement shall contain a citation to and provide a copy of the new opinion *without argument*.

Civil Local Rule 7-3(d) (emphasis added). Tesla improperly includes in its Statement of Recent Decisions unauthorized argument about what the noticed decisions purportedly contain, further unauthorized argument regarding the alleged relevance of the decisions in this case, and a quote from one of the decisions. *See* Dkt. No. 39, at 3. Telsa's argument violates Local Rule 7-3 and should be stricken as unauthorized briefing. *See McArdle v. AT&T Mobility LLC*, No. C09-1117 CW, 2010 U.S. Dist. LEXIS 73519, 2010 WL 2867305, at *4 (N.D. Cal. July 20, 2010) (Wilken, J.) ("Plaintiff's three-page submission, which contained argument, constitutes unauthorized briefing . . . Accordingly, the Court strikes Plaintiff's submission from the record."); *see also Innovative Sports Mgmt., Inc. v. Robles*, No. 13-CV-00660-LHK, 2014 U.S. Dist. LEXIS 5495, 2014 WL 129308, at *1, n.2 (N.D. Cal. Jan. 14, 2014) ("The Court strikes the first four paragraphs of the declaration accompanying the statement of recent decisions as those paragraphs contain improper argument on the instant motion.").

/ / /

/ / /

/ / /

For these reasons, Tesla's Statement of Recent Decisions violates Local Rules and should be stricken from the record.

Respectfully submitted,

Dated: March 19, 2024

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | KARLA GILBRIDE<br>General Counsel |
| MARCIA L. MITCHELL<br>Assistant Regional Trial Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| JAMES H. BAKER<br>Senior Trial Attorney | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |
| KENA C. CADOR<br>Trial Attorney | |

BY:   /s/    *James H. Baker*
James H. Baker
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone (650) 684-0950
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*