ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.<br><br>Defendant. | Case No.: 3:23-cv-04984-JSC<br><br>**PLAINTIFF EEOC'S [PROPOSED] ORDER STRIKING DEFENDANT TESLA'S STATEMENT OF RECENT DECISIONS** |

Defendant Tesla, Inc.'s (Defendant) Statement of Recent Decisions in Support of Motion to Stay All Proceedings (Statement of Recent Decisions) (ECF 39) having come before this Court, and this Court having considered the parties' briefing, and for good cause shown, it is hereby:

ORDERED that Defendant's Statement of Recent Decisions in Support of Motion to Stay All Proceedings (ECF 39) is hereby STRICKEN from the record.

Dated: _____

HON. JACQUELINE SCOTT CORLEY
United States District Court Judge