UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>TESLA, INC.,<br><br>   Defendant. | Case No. 23-cv-04984-JSC<br><br>**PRETRIAL ORDER NO. 1: INITIAL DEADLINES** |

Following the initial case management conference held on May 9, 2024, the Court orders as follows:

1. Deadline to Submit Stipulation re: Protective Order, 502(d) Order and ESI Protocol or submit dispute to the Court through a discovery dispute joint letter:   July 11, 2024

2. Deadline to Move to Amend Pleadings:   July 11, 2024

3. Deadline for EEOC to Produce Investigate File:   July 18, 2024

4. Deadline for Tesla to Produce Relevant Documents Produced in State Actions (and disclose what produced documents are withheld on relevance grounds):   July 18, 2024

5. Further case management conference September 26, 2024 with an updated joint case management conference statement due September 19, 2024.

Dated: May 9, 2024

JACQUELINE SCOTT CORLEY
United States District Judge