ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0933
Fax No. (415) 522-3425
kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.<br><br>Defendant. | Case No.: 4:23-cv-04984-JSC<br><br>**DECLARATION OF JAMES H. BAKER IN SUPPORT OF STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION** |
|---|---|

## DECLARATION

I, James H. Baker, being of lawful age, declare under penalty of perjury, that the following statements are true and correct to the best of my knowledge:

1. I am a Senior Trial Attorney at the United States Equal Employment Opportunity Commission (EEOC), in the San Francisco District Office, and I have personal knowledge of the facts set forth in this Declaration.

2. I submit this declaration in support of the Parties' Stipulated Protective Order for Standard Litigation (Proposed Order) and in accordance with the Court's Standing Order regarding Protective Orders, and its July 17, 2024, Minute Order. *See* ECF 57.

3. This Proposed Order has revisions limited to those responsive to the Court's

1 | instructions during at the July 17, 2024, Informal Discovery Conference. *See* ECF 56. These
2 | revisions are redlined in the Exhibit A attached to my declaration.
3 |     I declare under penalty of perjury under the laws of the Unites States that the foregoing is
4 | true and correct.
5 | Dated:  July 22, 2024

                                          */s/ James H. Baker*
                                          James H. Baker