Christina T. Tellado (SBN 298597)
ttellado@polsinelli.com
Mary Vu (SBN 323088)
mvu@polsinelli.com
**POLSINELLI LLP**
2049 Century Park East
Suite 2900
Los Angeles, CA 90067
Telephone: 310-556-1801
Facsimile: 310-556-1802

Sara A. Begley (*admitted pro hac vice*)
sbegley@polsinelli.com
**POLSINELLI PC**
Three Logan Square
1717 Arch St, Suite 2800
Philadelphia, PA 19103
Telephone: 215-267-3001
Facsimile: 215-267-3002

Attorneys for Defendant
**TESLA, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>TESLA, INC.<br><br>                    Defendant. | Case No.: 3:23-CV-04984<br><br>*Assigned to the Honorable Jacqueline Scott Corley*<br><br>**DEFENDANT TESLA, INC.'S NOTICE OF CHANGE IN COUNSEL AND NOTICE OF ADDRESS AND ELECTRONIC SERVICE ADDRESS**<br><br>Complaint Filed: September 28, 2023 |

1
NOTICE OF CHANGE OF COUNSEL
CASE NO.: 3:23-CV-04984

**TO THE COURT AND ALL ATTORNEYS OF RECORD**, pursuant to Local Rule 5-1(c)(2)(C) please take notice that, as of August 5, 2024, the attorneys Christina Tellado, Sara Begley and Mary Vu for Defendant Tesla, Inc. have changed firms from Holland & Knight, LLP to Polsinelli LLP and Polsinelli PC; both their new physical address and electronic service address for service of notices and documents in the above captioned action are as follows:

> Polsinelli LLP
> 2049 Century Park East, Suite 2900
> Los Angeles, CA 90067
> Telephone:   (310) 556-1801
> Facsimile:   (310) 556-1802
>
> Christina T. Tellado, ttellado@polsinelli.com
>
> Mary Vu, mvu@polsinelli.com
>
> Polsinelli PC
> 1717 Arch Street, Suite 2800
> Philadelphia, PA 19103
> Telephone:   (215) 267-3001
> Facsimile:   (215) 267-3002
>
> Sara Begley, sbegley@polsinelli.com

Effective immediately, all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, should be provided to or served upon Christina Tellado, Sara Begley and Mary Vu at the above addresses.

Dated: August 9, 2024                                           **POLSINELLI LLP**

By: _____
         Tina T. Tellado

**PROOF OF SERVICE**

The undersigned hereby certifies that on August 9, 2024, a true and correct copy of the foregoing was filed via the Court's CM/ECF filing service and served on all parties of record.

_____
Tina Tellado