Thomas E. Hill (SBN 100861)
thomas.hill@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Christina T. Tellado (SBN 298597)
ttellado@polsinelli.com
Mary Vu (SBN 323088)
mvu@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

Attorneys for Defendant
TESLA, INC.

(*Additional counsel listed on next page*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-4984-JSC<br><br>**DECLARATION OF THOMAS E. HILL IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT TESLA, INC.**<br><br>[Civ. L.R. 11-5]<br><br>Hearing Date: September 26, 2024<br>Time: 10:00 AM<br>Judge: Hon. Jacqueline S. Corley<br>Courtroom: 8<br><br>Complaint Filed: September 28, 2023<br><br>[*Notice of Motion and Motion; Memorandum of Points and Authorities in Support; and Proposed Order filed concurrently herewith*] |

| | |
|---|---|
| 1 | Samuel J. Stone (SBN 317013) |
|   | sam.stone@hklaw.com |
| 2 | HOLLAND & KNIGHT LLP |
|   | 400 South Hope Street, 8th Floor |
| 3 | Los Angeles, California  90071 |
|   | Telephone:  (213) 896-2400 |
| 4 | Facsimile:   (213) 896-2450 |
| 5 | Paul W. Matthias-Bennetch (SBN 318545) |
|   | HOLLAND & KNIGHT LLP |
| 6 | 601 SW Second Avenue, Suite 1800 |
|   | Portland, Oregon 97204 |
| 7 | Telephone:  (503) 243-2300 |
|   | Facsimile:  (503) 241-8014 |
| 8 | |
|   | Sara A. Begley (*admitted pro hac vice*) |
| 9 | sbegley@polsinelli.com |
|   | POLSINELLI PC |
| 10 | Three Logan Square |
|    | 1717 Arch St, Suite 2800 |
| 11 | Philadelphia, PA 19103 |
|    | Telephone:  (215) 267-3001 |
| 12 | Facsimile:  (215) 267-3002 |
| 13 | Raymond A. Cardozo (SBN 173263) |
|    | rcardozo@reedsmith.com |
| 14 | REED SMITH LLP |
|    | 101 Second Street, Suite 1800 |
| 15 | San Francisco, California  94105 |
|    | Telephone:  (415) 543-8700 |
| 16 | Facsimile:  (415) 391-8269 |
| 17 | Tyree P. Jones Jr. (SBN 127631) |
|    | tpjones@reedsmith.com |
| 18 | REED SMITH LLP |
|    | 1301 K Street, N.W., Suite 1000 |
| 19 | Washington, DC  20005 |
|    | Telephone:  (202) 414-9200 |
| 20 | Facsimile:  (202) 414-9299 |
| 21 | Attorneys for Defendant |
|    | TESLA, INC. |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

DECL. OF THOMAS E. HILL IN SUPP. OF UNOPPOSED MOT. TO WITHDRAW AS COUNSEL OF RECORD FOR DEF. TESLA, INC.    Case No.: 3:23-CV-4984-JSC

# DECLARATION OF THOMAS E. HILL

I, Thomas E. Hill, say and declare:

1. I am an attorney at law licensed to practice as a member of the State Bar of California (CA Bar No. 100861), and I am admitted to appear before all of the United States District Courts in California. I am a partner with Holland & Knight LLP and among the current counsel of record for Tesla, Inc. ("Tesla") in the above-captioned action.

2. I make this declaration in support of the Motion to Withdraw as Counsel of Record filed in this action on behalf of myself, Samuel J. Stone, Paul W. Matthias-Bennetch, and Holland & Knight LLP. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could testify competently thereto.

3. Tesla's counsel of record in this matter have included Holland & Knight LLP, myself, Messrs. Stone and Matthias-Bennetch (together, "Withdrawing Counsel"), Sara A. Begley, Christina T. Tellado and Mary T. Vu (all formerly with Holland & Knight, and, as of August 5, 2024, all now with Polsinelli LLP; together, "Polsinelli Counsel"), and Raymond A. Cardozo and Tyree P. Jones, Jr. of Reed Smith LLP; together, "Reed Smith Counsel").

4. On August 9, 2024, Polsinelli Counsel filed appearances on behalf of themselves and Polsinelli LLP as counsel for Tesla in this action. (ECF No. 60)

5. On August 9, 2024, I provided written notice to Tesla and to counsel of record for the U.S. Equal Employment Opportunity Commission ("EEOC") of Withdrawing Counsel's intent to withdraw as counsel of record for Tesla. This notice was given in compliance with Rule 11-5 of the Local Rules of the United States District Court for the Northern District of California.

6. Tesla consents to the withdrawal of Withdrawing Counsel and Plaintiff EEOC has expressed no opposition to the withdrawal. Despite this withdrawal, substantial continuity will exist in Tesla's counsel of record given the recent appearances of Polsinelli Counsel and the ongoing representation of Reed Smith Counsel.

Executed on this 12th of August, 2024, at Los Angeles, California.

By: /s/ Thomas E. Hill
Thomas E. Hill