Thomas E. Hill (SBN 100861)
thomas.hill@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Christina T. Tellado (SBN 298597)
ttellado@polsinelli.com
Mary Vu (SBN 323088)
mvu@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

Attorneys for Defendant
TESLA, INC.

(*Additional counsel listed on next page*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>  Defendant. | Case No. 3:23-cv-4984-JSC<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT TESLA, INC.**<br><br>[Civ. L.R. 11-5]<br><br>Hearing Date: September 26, 2024<br>Time: 10:00 AM<br>Judge: Hon. Jacqueline S. Corley<br>Courtroom: 8<br><br>Complaint Filed: September 28, 2023<br><br>[*Notice of Motion and Unopposed Motion to Withdraw; Memorandum of Points and Authorities in Support; and Declaration of Thomas E. Hill; filed concurrently herewith*] |

Samuel J. Stone (SBN 317013)
sam.stone@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Paul W. Matthias-Bennetch (SBN 318545)
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: (503) 243-2300
Facsimile: (503) 241-8014

Sara A. Begley (*admitted pro hac vice*)
sbegley@polsinelli.com
POLSINELLI PC
Three Logan Square
1717 Arch St, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 267-3001
Facsimile: (215) 267-3002

Raymond A. Cardozo (SBN 173263)
rcardozo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Tyree P. Jones Jr. (SBN 127631)
tpjones@reedsmith.com
REED SMITH LLP
1301 K Street, N.W., Suite 1000
Washington, DC 20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299

Attorneys for Defendant
TESLA, INC.

**[PROPOSED] ORDER**

Good cause appearing therefor, the Court hereby GRANTS the Motion to Withdraw as Counsel of Record filed herein. Thomas E. Hill, Samuel J. Stone, Paul W. Matthias-Bennetch and Holland & Knight LLP are withdrawn as counsel for Defendant Tesla, Inc., and their names shall be removed from the Court's service list in this action.

IT IS SO ORDERED.

_____
U.S. District Judge

Dated: _____, 2024

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

1

[PROPOSED] ORDER GRANTING UNOPPOSED MOT. TO
WITHDRAW AS COUNSEL OF RECORD FOR DEF. TESLA, INC.   Case No.: 3:23-CV-4984-JSC

Submitted by:                      HOLLAND & KNIGHT LLP

By: /s/ Thomas E. Hill
     Thomas E. Hill

*Attorneys for Defendant*
TESLA, INC.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

2

[PROPOSED] ORDER GRANTING UNOPPOSED MOT. TO
WITHDRAW AS COUNSEL OF RECORD FOR DEF. TESLA, INC.      Case No.: 3:23-CV-4984-JSC