1  Thomas E. Hill (SBN 100861)
   thomas.hill@hklaw.com
2  HOLLAND & KNIGHT LLP
   400 South Hope Street, 8th Floor
3  Los Angeles, California 90071
   Telephone:  (213) 896-2400
4  Facsimile:  (213) 896-2450

5  Christina T. Tellado (SBN 298597)
   ttellado@polsinelli.com
6  Mary Vu (SBN 323088)
   mvu@polsinelli.com
7  POLSINELLI LLP
   2049 Century Park East, Suite 2900
8  Los Angeles, California 90067
   Telephone:  (310) 556-1801
9  Facsimile: (310) 556-1802

10 Attorneys for Defendant
   TESLA, INC.

(*Additional counsel listed on next page*)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>TESLA, INC.,<br><br>                    Defendant. | Case No.  3:23-cv-4984-JSC<br><br>[~~PROPOSED~~] **ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT TESLA, INC.**<br><br>[Civ. L.R. 11-5]<br><br>Hearing Date:  September 26, 2024<br>Time:  10:00 AM<br>Judge:  Hon. Jacqueline S. Corley<br>Courtroom:  8<br><br>Complaint Filed:  September 28, 2023<br><br>[*Notice of Motion and Unopposed Motion to Withdraw; Memorandum of Points and Authorities in Support; and Declaration of Thomas E. Hill; filed concurrently herewith*] |

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

1  Samuel J. Stone (SBN 317013)
   sam.stone@hklaw.com
2  HOLLAND & KNIGHT LLP
   400 South Hope Street, 8th Floor
3  Los Angeles, California 90071
   Telephone: (213) 896-2400
4  Facsimile: (213) 896-2450

5  Paul W. Matthias-Bennetch (SBN 318545)
   HOLLAND & KNIGHT LLP
6  601 SW Second Avenue, Suite 1800
   Portland, Oregon 97204
7  Telephone: (503) 243-2300
   Facsimile: (503) 241-8014
8
   Sara A. Begley (*admitted pro hac vice*)
9  sbegley@polsinelli.com
   POLSINELLI PC
10 Three Logan Square
   1717 Arch St, Suite 2800
11 Philadelphia, PA 19103
   Telephone: (215) 267-3001
12 Facsimile: (215) 267-3002

13 Raymond A. Cardozo (SBN 173263)
   rcardozo@reedsmith.com
14 REED SMITH LLP
   101 Second Street, Suite 1800
15 San Francisco, California 94105
   Telephone: (415) 543-8700
16 Facsimile: (415) 391-8269

17 Tyree P. Jones Jr. (SBN 127631)
   tpjones@reedsmith.com
18 REED SMITH LLP
   1301 K Street, N.W., Suite 1000
19 Washington, DC 20005
   Telephone: (202) 414-9200
20 Facsimile: (202) 414-9299

21 Attorneys for Defendant
   TESLA, INC.
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING UNOPPOSED MOT. TO
WITHDRAW AS COUNSEL OF RECORD FOR DEF. TESLA, INC.          Case No.: 3:23-CV-4984-JSC

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

**[PROPOSED] ORDER**

Good cause appearing therefor, the Court hereby GRANTS the Motion to Withdraw as Counsel of Record filed herein. Thomas E. Hill, Samuel J. Stone, Paul W. Matthias-Bennetch and Holland & Knight LLP are withdrawn as counsel for Defendant Tesla, Inc., and their names shall be removed from the Court's service list in this action.

IT IS SO ORDERED.

Dated: August 13, 2024



GRANTED
Judge Jacqueline Scott Corley

1

[PROPOSED] ORDER GRANTING ~~UNOPPOSED~~ MOT. TO
WITHDRAW AS COUNSEL OF RECORD FOR DEF. TESLA, INC.          Case No.: 3:23-CV-4984-JSC