UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>TESLA, INC.,<br><br>  Defendant. | Case No. 23-cv-04984-JSC<br><br>**PRETRIAL ORDER NO. 2: INITIAL DISCOVERY PERIOD DEADLINES** |

As discussed at the September 26, 2024 further case management conference:

| | |
|---|---|
| Deadline for Submission of Initial Fact Discovery Protocol: | October 30, 2024 |
| Deadline for Submission of ESI Protocol: | November 22, 2024 |
| Selection of ADR Process: | May 26, 2025 |
| Completion of Initial Fact Discovery Period: | March 20, 2026 |

The Court will hold a further case management conference on December 12, 2024. An updated joint case management conference statement is due December 5, 2024. The statement need not repeat the information in previous statements. *See* Judge Corley Civil Standing Order at 2, Section E (CIVIL CASE MANAGEMENT).

**IT IS SO ORDERED.**

Dated: September 26, 2024

JACQUELINE SCOTT CORLEY
United States District Judge