

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Dana Elizabeth Feinstein, Esq.*

#### DATE OF ADMISSION

*October 24, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 3, 2024

*Nicole Traini*
Nicole Traini
Chief Clerk