ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

CHRISTINA T. TELLADO, SBN 298597 (CA)
MARY VU, SBN 323088 (CA)
POLSINELLI LLP
20249 Century Park East
Suite 2900
Los Angeles, CA 90067
Telephone (310)-556-1801
Fax No. (310)-556-1802
ttellado@polsinelli.com
mvu@polsinelli.com

*Attorneys for Defendant TESLA, INC.*

(Additional counsel listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No.: 3:23-cv-04984-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT SECOND PROPOSED ESI PROTOCOL** |

SARA A. BEGLEY (*admitted pro hac vice*)
DANA E. FEINSTEIN (*admitted pro hac vice*)
POLSINELLI LLP
Three Logan Square
1717 Arch St, Suite 2800
Philadelphia, PA 19103
Telephone: 215-267-3001
Facsimile: 215-267-3002
sbegley@polsinelli.com
dfeinstein@polsinelli.com

RAYMOND A. CARDOZO, SBN 173263 (CA)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone No. (415) 543-8700
Fax No. (415) 391-8269
rcardozo@reedsmith.com

TYREE P. JONES JR., SBN 127631 (CA)
POLSINELLI
1401 I Street, N.W.
Washington, DC 2005-3317
Telephone No. (202) 783-3300
tjones@polsinelli.com

*Attorneys for Defendant TESLA, INC.*

1   Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and Defendant Tesla,
2   Inc. (Tesla) (collectively, the Parties) jointly submit this request in accordance with Local Rules 6-2
3   and 7-12 for the Court to extend by two weeks the deadline to submit a Second Proposed Protocol
4   Regarding Electronically Stored Information, in accordance with Pretrial Order No. 2, (ECF 65).

5   Plaintiff EEOC filed the Complaint in this matter on September 28, 2023. (ECF 1) On
6   September 26, 2024, following a case management conference, the Court issued Pretrial Order No.
7   2: Initial Discovery Period Deadlines (Pretrial Order No. 2) (ECF 65). Pretrial Order No. 2 set
8   November 22, 2024, as the deadline for the parties to submit a Second Proposed Protocol Regarding
9   Electronically Stored Information (Second ESI Protocol). *Id*.

10   There is good cause for the Court to extend this deadline by two weeks. The Parties have
11   been unable to finalize the Second ESI Protocol within the time allotted but anticipate doing so with
12   a modest amount of additional time. A two-week extension (to December 6, 2024) would enable the
13   parties to submit a second ESI Protocol or a dispute concerning the protocol ahead of the next Case
14   Management Conference, which is scheduled for December 12, 2024 (ECF 65). This extension,
15   furthermore, would not disrupt any other deadlines in this case.

16   Accordingly, the Parties respectfully request the Court enter an order extending the deadline
17   to submit the Second Stipulated Order Regarding ESI to December 6, 2024.

18   **STIPULATION**

19   WHEREAS, the Parties believe that good cause exists to extend the deadline to submit a
20   Second ESI Protocol by two weeks, as the Parties have been unable to complete it within the initial
21   allotted time;

22   WHEREAS, this extension would not disrupt any other deadlines in this case;

23   WHEREAS, the only previously requested continuance or extension to the Court's deadlines,
24   was to vacate the Initial Case Management Conference until after the Court ruled on Tesla's Motion
25   to Stay (ECF 23);

26   //
27   //
28   //

THEREFORE, it is hereby stipulated and agreed that, subject to Court approval, the deadline to submit the Second ESI Protocol is extended to December 6, 2024.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  November 22, 2024

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | KARLA GILBRIDE<br>General Counsel |
| MARCIA L. MITCHELL<br>Assistant Regional Trial Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| JAMES H. BAKER<br>Senior Trial Attorney | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |
| MARIKO ASHLEY<br>Senior Trial Attorney | |
| KENA C. CADOR<br>Senior Trial Attorney | |

BY:  /s/ James H. Baker
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone (650) 684-0950
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

BY:  /s/ Tyree P. Jones, Jr            .
Tyree P. Jones Jr., SBN 127631 (CA)
POLSINELLI
1401 I Street, N.W.,
Washington, DC 2005-3317
Telephone No. (202) 783-3300
tjones@polsinelli.com

*Attorneys for Defendant Tesla Inc.*

**LOCAL RULE 5-1(I)(3) ATTESTATION**

I, James H. Baker, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendant concurred in this filing on November 22, 2024.

Dated: November 22, 2024

BY:  */s/ James H. Baker*
James H. Baker

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

The deadline to submit a Second Proposed Protocol Regarding Electronically Stored Information in accordance with Pretrial Order No. 2 (ECF 65) is extended to December 6, 2024.

Dated: _____

HON. JACQUELINE S. CORLEY
United States District Court Judge