ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No.: 3:23-cv-04984-JSC<br><br>**DECLARATION OF JAMES H. BAKER IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT SECOND PROPOSED ESI PROTOCOL** |

I, James H. Baker Jr., being of lawful age, declare under penalty of perjury, that the following statements are true and correct to the best of my knowledge:

1. I am a Senior Trial Attorney at the United States Equal Employment Opportunity Commission (EEOC), in the San Francisco District Office, and I have personal knowledge of the facts set forth in this Declaration.

2. I submit this declaration in support of the Parties' Joint Stipulation and Proposed Order Extending the Deadline to Submit A Second Protocol Regarding Electronically Stored Information, in accordance with Pretrial Order No. 2, (ECF 65).

3. There is good cause for the Court to extend this deadline by two weeks. The Parties

have been unable to finalize the Second ESI Protocol within the time allotted but anticipate doing so with a modest amount of additional time.

4. A two-week extension (to December 6, 2024) would enable the parties to submit a second ESI Protocol or a dispute concerning the protocol ahead of the next Case Management Conference, which is scheduled for December 12, 2024 (ECF 65).

5. This extension, furthermore, would not disrupt any other deadlines in this case.

6. The only previously requested continuance or extension to the Court's deadlines, was to vacate the Initial Case Management Conference until after the Court ruled on Tesla's Motion to Stay (ECF 23).

I declare under penalty of perjury that the foregoing is true and correct. Signed on November 22, 2024, in Oakland, California.

                                                  /s/ James H. Baker
                                                  James H. Baker
                                                  EEOC Senior Trial Attorney