ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER JR, SBN 291836 (CA)
KENA C. CADOR, SBN 321094 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5ᵗʰ Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

CHRISTINA T. TELLADO, SBN 298597 (CA)
MARY VU, SBN 323088 (CA)
POLSINELLI LLP
20249 Century Park East
Suite 2900
Los Angeles, CA 90067
Telephone (310)-556-1801
Fax No. (310)-556-1802
ttellado@polsinelli.com
mvu@polsinelli.com

*Attorneys for Defendant TESLA, INC.*

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>TESLA, INC.<br><br>            Defendant. | Case No.:  3:23-cv-04984-JSC<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

SARA A. BEGLEY (*admitted pro hac vice*)
DANA E. FEINSTEIN (*admitted pro hac vice*)
POLSINELLI LLP
Three Logan Square
1717 Arch St, Suite 2800
Philadelphia, PA 19103
Telephone: 215-267-3001
Facsimile: 215-267-3002
sbegley@polsinelli.com
dfeinstein@polsinelli.com

TYREE P. JONES JR., SBN 127631 (CA)
POLSINELLI
1401 I Street, N.W.,
Washington, DC 2005-3317
Telephone No. (202) 783-3300
tjones@polsinelli.com

RAYMOND A. CARDOZO, SBN 173263 (CA)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone No. (415) 543-8700
Fax No. (415) 391-8269
rcardozo@reedsmith.com

*Attorneys for Defendant TESLA, INC.*

1    Pursuant to the Court's January 21, 2025, Minute Order (ECF 81), Plaintiff U.S. Equal

2  Employment Opportunity Commission (EEOC) and Defendant Tesla, Inc. (Tesla), (collectively, the

3  parties), hereby submit the following Updated Joint Case Management Conference Statement (CMC

4  Statement). In accordance with the Court's Pretrial Order No. 2 and Civil Standing Order this CMC

5  Statement only addresses new issues. *See* ECF 65; Civil Standing Order at 2, Section E.

6  **1.    Motions**

7    There are no pending motions, though the parties are continuing to meet and confer on

8  ongoing discovery issues that they anticipate could be submitted to the Court in Discovery Dispute

9  Letters, as summarized below in Section 2 (Discovery).

10  **2.    Discovery**

11    a.    Status

12    On March 3, 2025, in accordance with the parties' Protocol to Limit Discovery for

13  Potentially Aggrieved Individuals (ECF 67-68), the EEOC and Tesla each identified another 10

14  potentially aggrieved individuals (20 total) for whom they will disclose certain information as

15  defined by the protocol. The parties' disclosures for these identified PAIs are due June 3, 2025.

16    On March 24, in accordance with the Second ESI Protocol (ECF 88), the EEOC produced its

17  First Privilege Log to Tesla.

18    b.    Pending Discovery Disputes

19    i.    **EEOC Communications with plaintiffs in *Department of Fair Employment and
20           Housing v. Tesla, Inc.*, Alameda County Superior Court No. 22CV006830, and
             *Vaughn, et al. v. Tesla, Inc.*, et al., Alameda County Superior Court No. RG
21           17882082**

22    Tesla Statement: On March 24, the EEOC provided Tesla with its First Privilege Log. Tesla

23  is currently evaluating the logged communications and anticipates that it may have disputes

24  concerning some of the withheld communications. Tesla will meet and confer with the EEOC to

25  address any disputes prior to briefing any remaining issues in a joint discovery dispute letter.

26    ii.    **Deposition transcripts in actions concerning race harassment at Fremont Facility.**

27    EEOC Statement: On February 7, 2025, the Court ordered Tesla to identify by March 7 all

28  actions involving allegations of harassment based on race (Black or African American) or retaliation

1  at Tesla's Fremont facility, and the number of transcripts to be produced from each action and a

2  reasonable date by which the transcripts will be produced. *See* ECF 87. Tesla identified the actions it

3  believes to be responsive and has committed to producing responsive transcripts by May 6, 2025,

4  which would resolve this dispute.

5  **3.**    **Settlement and ADR**

6       The parties' position that ADR is premature has not changed. The parties request that the

7  Court extend the deadline to select an ADR process to November 24, 2025. The current deadline for

8  the parties to select an ADR process is May 26, 2025. *See* ECF 65.

9       Dated: December 5, 2024

10  ROBERTA STEELE
   Regional Attorney

11

12  MARCIA L. MITCHELL
   Assistant Regional Trial Attorney

13  JAMES H. BAKER
   Senior Trial Attorney

14

15  KENA C. CADOR
   Senior Trial Attorney

16  MARIKO M. ASHLEY
   Senior Trial Attorney

17

18  BY:   /s/ James H. Baker
     James H. Baker

19       U.S. EQUAL EMPLOYMENT
     OPPORTUNITY COMMISSION

20       San Francisco District Office
     450 Golden Gate Ave., 5th Floor West

21       P.O. Box 36025
     San Francisco, CA 94102

22       Telephone (650) 684-0950
     james.baker@eeoc.gov

23                   *Attorneys for Plaintiff EEOC*

24  BY:   /s/    Tyree P. Jones Jr.
     Tyree P. Jones Jr., SBN 127631 (CA)

25       POLSINELLI
     1401 I Street, N.W.,

26       Washington, DC 2005-3317
     Telephone No. (202) 783-3300

27                   *Attorneys for Defendant Tesla Inc.*

28

1

## <u>LOCAL RULE 5-1(i)(3) ATTESTATION</u>

2

3

        I, James H. Baker, am the ECF User whose ID and password are being used to file the Joint Case Management Conference Statement. In compliance with Local Rule 5-1(i)(3), I hereby attest that Tyree P. Jones concurs in this filing.

4

        Dated: March 26, 2025                          */s/ James H. Baker*

5                                                                James H. Baker, Senior Trial Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28