ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
KENA C. CADOR, SBN 321094 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0939
Fax No. (415) 522-3425
roberta.steele@eeoc.gov

*Attorneys for Plaintiff EEOC*

CHRISTINA T. TELLADO, SBN 298597 (CA)
MARY VU, SBN 323088 (CA)
POLSINELLI LLP
20249 Century Park East
Suite 2900
Los Angeles, CA 90067
Telephone (310)-556-1801
Fax No. (310)-556-1802
ttellado@polsinelli.com
mvu@polsinelli.com

*Attorneys for Defendant TESLA, INC.*

*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.<br><br>Defendant. | Case No.:  3:23-cv-04984-JSC<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

1   *Additional Counsel:*

2
3   AMOS BLACKMAN, SBN 50331 (WA)
    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    Seattle Field Office
4   909 First Avenue, Suite 400
    Seattle, WA  98104
5   Telephone No. (206) 576-3027
    Fax No. (206) 220-6911
6   amos.blackman@eeoc.gov

7   *Attorneys for Plaintiff EEOC*

8

9   SARA A. BEGLEY (*admitted pro hac vice*)
    DANA E. FEINSTEIN (*admitted pro hac vice*)
10  POLSINELLI LLP
    Three Logan Square
11  1717 Arch St, Suite 2800
    Philadelphia, PA 19103
12  Telephone: 215-267-3001
    Facsimile: 215-267-3002
13  sbegley@polsinelli.com
    dfeinstein@polsinelli.com
14
    TYREE P. JONES JR., SBN 127631 (CA)
15  POLSINELLI
    1401 I Street, N.W.,
16  Washington, DC 2005-3317
    Telephone No. (202) 783-3300
17  tjones@polsinelli.com

18  RAYMOND A. CARDOZO, SBN 173263 (CA)
    REED SMITH LLP
19  101 Second Street, Suite 1800
    San Francisco, California 94105-3659
20  Telephone No. (415) 543-8700
    Fax No. (415) 391-8269
21  rcardozo@reedsmith.com

22  *Attorneys for Defendant TESLA, INC.*

23

24

25

26

27

28

Pursuant to the Court's March 27, 2025 Order (ECF 91), Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and Defendant Tesla, Inc. (Tesla), (collectively, the parties), hereby submit the following Updated Joint Case Management Conference Statement (CMC Statement). In accordance with the Court's Pretrial Order No. 2 and Civil Standing Order this CMC Statement only addresses new issues. *See* ECF 65; Civil Standing Order at 2, Section E.

**1.    Motions**

There are no pending motions, though the parties are continuing to meet and confer on ongoing discovery issues that they anticipate could be submitted to the Court in Discovery Dispute Letters, as summarized below in Section 2 (Discovery).

**2.    Discovery**

a.    Status

On April 2, 2025, the EEOC provided Tesla a supplemental list of individuals who have sought the EEOC's legal advice and assistance in this action ("Potentially Aggrieved Individuals" or "PAIs") to date in this action. Thereafter, the parties engaged in discussions regarding the schedule for the identification and selection of PAIs set forth in Section 1(d) of the parties' Protocol to Limit Discovery for Potentially Aggrieved Individuals (ECF 67-68) (the "PAI Protocol"). In accordance with Section 1(e) of the PAI Protocol, the parties agreed to modify the interim rolling schedule for PAI selections and resulting disclosures as follows:

- July 1, 2025: 3rd round of PAI selections
- Sept. 1, 2025: 4th round of PAI selections
- Sept. 29, 2025: Disclosures for 3rd round of PAI selections
- Dec. 1, 2025: 5th round of PAI selections
- Dec. 29, 2025: Disclosures for 4th round of PAI selections
- Mar. 2, 2026: Disclosures for 5th round of PAI selections

The changes to these interim dates do not affect the March 20, 2026 deadline for the completion of the initial fact discovery period (ECF 65).

On May 6, 2025, Telsa made its first production of deposition transcripts from actions involving allegations of harassment based on race (Black or African American) or retaliation at

Tesla's Fremont facility. *See* ECF 87. Tesla supplemented its list of such actions and number of depositions identified on April 29, 2025, and has committed to making supplemental productions of deposition transcripts.

On June 2, 2025, the parties exchanged disclosures of information concerning the PAIs selected by the EEOC and Tesla on March 3, 2025 in accordance with the PAI Protocol.

b.  Pending Discovery Disputes

i.  **EEOC Communications with plaintiffs in *Department of Fair Employment and Housing v. Tesla, Inc.*, Alameda County Superior Court No. 22CV006830, and *Vaughn, et al. v. Tesla, Inc.*, et al., Alameda County Superior Court No. RG 17882082**

Tesla Statement: On March 24, the EEOC provided Tesla with its First Privilege Log. Tesla is still in the process of evaluating the logged communications and anticipates that it may need additional information or clarification from the EEOC. Tesla will meet and confer with the EEOC to address any potential disputes prior to briefing any remaining issues in a joint discovery dispute letter.

ii.  **Deposition transcripts in actions concerning race harassment at Fremont Facility.**

Status: On February 7, 2025, the Court ordered Tesla to identify by March 7 all actions involving allegations of harassment based on race (Black or African American) or retaliation at Tesla's Fremont facility, and the number of transcripts to be produced from each action and a reasonable date by which the transcripts will be produced. *See* ECF 87. Tesla supplemented its list of such actions and number of transcripts on April 29, 2025. Tesla made an initial production of responsive transcripts on May 6, 2025, but this production did not include all the transcripts identified in Tesla's April 29 list. As such, this dispute is not fully resolved, but Tesla has committed to making supplemental productions of deposition transcripts. Tesla remains committed to producing the agreed-upon deposition transcripts and is currently working through the procedure set forth in Section 9 of the Protective Order with respect to transcripts designated as confidential by non-parties.

**3.    Settlement and ADR**

The parties' position that ADR is premature has not changed. The Court previously extended

1  the parties' deadline to select an ADR process to November 24, 2025. (ECF 91.) The parties do not

2  believe a further extension is necessary at this time.

3      Dated:  June 4, 2025

4  ROBERTA STEELE
   Regional Attorney
5
   MARCIA L. MITCHELL
6  Assistant Regional Trial Attorney

7  KENA C. CADOR
   Senior Trial Attorney
8
9  MARIKO M. ASHLEY
   Senior Trial Attorney

10 AMOS BLACKMAN
   Senior Trial Attorney
11
12 BY:   /s/ Amos Blackman
        Amos Blackman
13      U.S. EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
14      Seattle Field Office
        909 First Avenue, Suite 400
15      Seattle, WA 98104
        Telephone (206) 576-3027
16      amos.blackman@eeoc.gov

17                        *Attorneys for Plaintiff EEOC*

18 BY:   /s/ Tyree P. Jones
        Tyree P. Jones Jr., SBN 127631 (CA)
19      POLSINELLI
        1401 I Street, N.W.,
20      Washington, DC 2005-3317
        Telephone No. (202) 783-3300
21                     *Attorneys for Defendant Tesla Inc.*

22          **LOCAL RULE 5-1(i)(3) ATTESTATION**

23      I, Amos Blackman, am the ECF User whose ID and password are being used to file the Joint
24 Case Management Conference Statement. In compliance with Local Rule 5-1(i)(3), I hereby attest
   that Tyree P. Jones concurs in this filing.

25      Dated: June 4, 2025              /s/ Amos Blackman
26                                 Amos Blackman, Senior Trial Attorney

27

28

UPDATED JT CASE MANAGEMENT
CONFERENCE STATEMENT
                                5                    Case No.:  3:23-cv-04984-JSC