ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
BEATRIZ ANDRE, SBN 4394599 (NY)
KENA C. CADOR, SBN 321094 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0939
Fax No. (415) 522-3425
roberta.steele@eeoc.gov

*Attorneys for Plaintiff EEOC*

CHRISTINA T. TELLADO, SBN 298597 (CA)
MARY VU, SBN 323088 (CA)
POLSINELLI LLP
20249 Century Park East
Suite 2900
Los Angeles, CA 90067
Telephone (310)-556-1801
Fax No. (310)-556-1802
ttellado@polsinelli.com
mvu@polsinelli.com

*Attorneys for Defendant TESLA, INC.*

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TESLA, INC.<br><br>　　　　　Defendant. | Case No.:  3:23-cv-04984-JSC<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

*Additional Counsel:*

AMOS BLACKMAN, SBN 50331 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104
Telephone No. (206) 576-3027
Fax No. (206) 220-6911
amos.blackman@eeoc.gov

*Attorneys for Plaintiff EEOC*


SARA A. BEGLEY (*admitted pro hac vice*)
DANA E. FEINSTEIN (*admitted pro hac vice*)
POLSINELLI LLP
Three Logan Square
1717 Arch St, Suite 2800
Philadelphia, PA 19103
Telephone: 215-267-3001
Facsimile: 215-267-3002
sbegley@polsinelli.com
dfeinstein@polsinelli.com

TYREE P. JONES JR., SBN 127631 (CA)
POLSINELLI
1401 I Street, N.W.,
Washington, DC 2005-3317
Telephone No. (202) 783-3300
tjones@polsinelli.com

RAYMOND A. CARDOZO, SBN 173263 (CA)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone No. (415) 543-8700
Fax No. (415) 391-8269
rcardozo@reedsmith.com

*Attorneys for Defendant TESLA, INC.*

Pursuant to the Court's June 5, 2025 Order (ECF 94), Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and Defendant Tesla, Inc. (Tesla), (collectively, the parties), hereby submit the following Updated Joint Case Management Conference Statement (CMC Statement). In accordance with the Court's Pretrial Order No. 2 and Civil Standing Order this CMC Statement only addresses new issues. (ECF 65; Civil Standing Order at 2, Section E.)

**1. Motions**

There are no pending motions, though the parties are continuing to meet and confer on ongoing discovery issues that they anticipate could be submitted to the Court in Discovery Dispute Letters, as summarized below in Section 2 (Discovery).

**2. Discovery**

   a. Status

On July 1, 2025, in accordance with the parties' Protocol to Limit Discovery for Potentially Aggrieved Individuals (ECF 67-68) and the parties' agreed-upon modification to the interim rolling schedule for PAI selections (ECF 93), the EEOC and Tesla each identified another 10 potentially aggrieved individuals (20 total) for whom they will disclose certain information as defined by the protocol. On July 9, 2025, the EEOC amended its selection to substitute one individual in its selections due to an inadvertent error identified by Tesla. Per the parties' modified schedule, the parties' disclosures for these selected PAIs are due September 29, 2025.

   b. Pending Discovery Disputes

   i. **EEOC Communications with plaintiffs in *Department of Fair Employment and Housing v. Tesla, Inc*., Alameda County Superior Court No. 22CV006830, and *Vaughn, et al. v. Tesla, Inc*., et al., Alameda County Superior Court No. RG 17882082**

Status: On March 24, 2025, the EEOC provided Tesla with its First Privilege Log. On August 1, 2025, Tesla notified the EEOC that it seeks clarification and additional information concerning some of the withheld communications. The parties are scheduled to meet and confer on August 14, 2025 to address these disputes prior to briefing any remaining issues in a joint discovery dispute letter.

   ii. **Deposition transcripts in actions concerning race harassment at Fremont Facility.**

Status: On February 7, 2025, the Court ordered Tesla to identify by March 7 all actions involving allegations of harassment based on race (Black or African American) or retaliation at Tesla's Fremont facility, and the number of transcripts to be produced from each action and a reasonable date by which the transcripts will be produced. (ECF 87.) Tesla supplemented its list of such actions and number of transcripts on April 29, 2025. Tesla made an initial production of responsive transcripts on May 6, 2025, but this production did not include all the transcripts identified in Tesla's April 29 list. Tesla has committed to making supplemental productions of deposition transcripts, but as it has yet to do so, this dispute is not resolved.

3. **Settlement and ADR**

The parties' position that ADR is premature has not changed. The Court previously extended the parties' deadline to select an ADR process to November 24, 2025. (ECF 91.) The parties do not believe a further extension is necessary at this time.

Dated: August 13, 2025

ROBERTA STEELE
Regional Attorney

MARCIA L. MITCHELL
Assistant Regional Trial Attorney

BEATRIZ BISCARDI ANDRE
Assistant Regional Trial Attorney

KENA C. CADOR
Senior Trial Attorney

MARIKO M. ASHLEY
Senior Trial Attorney

AMOS BLACKMAN
Senior Trial Attorney

BY:  /s/ Amos Blackman
Amos Blackman
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 576-3027
amos.blackman@eeoc.gov

*Attorneys for Plaintiff EEOC*

BY:   /s/ *Tyree P. Jones*
      Tyree P. Jones Jr., SBN 127631 (CA)
      POLSINELLI
      1401 I Street, N.W.,
      Washington, DC 2005-3317
      Telephone No. (202) 783-3300

*Attorneys for Defendant Tesla Inc.*

### LOCAL RULE 5-1(i)(3) ATTESTATION

I, Amos Blackman, am the ECF User whose ID and password are being used to file the Joint Case Management Conference Statement. In compliance with Local Rule 5-1(i)(3), I hereby attest that Tyree P. Jones concurs in this filing.

Dated: August 13, 2025          */s/ Amos Blackman*
                                            Amos Blackman, Senior Trial Attorney