ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
BEATRIZ ANDRE, SBN 4394599 (NY)
KENA C. CADOR, SBN 321094 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0939
Fax No. (415) 522-3425
roberta.steele@eeoc.gov

AMOS BLACKMAN, SBN 50331 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104
Telephone No. (206) 576-3027
Fax No. (206) 220-6911
amos.blackman@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.<br><br>Defendant. | Case No.:  3:23-cv-04984-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR STAY AND EXTENSION WITH REQUEST FOR EXPEDITED RULING** |

Upon Motion and good cause appearing,

IT IS HEREBY ORDERED that due to a lapse in appropriations for the EEOC at midnight on September 30, 2025, the litigation of this matter shall be STAYED until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

1  The case management conference set for December 5, 2025 at 2:00 p.m. by Zoom videoconference to remain on calendar. Updated statement is due by November 26, 2025.

3  DATED this 1st day of October 2025.



HON. JACQUELINE SCOTT CORLEY
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Jacqueline Scott Corley