UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>TESLA, INC.,<br><br>  Defendant. | Case No. 23-cv-04984-JSC<br><br>**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE AND AMENDING SCHEDULE** |

As discussed at the further case management conference held on December 3, 2025, the case schedule is amended as follows:

- Meet and Confer on Outstanding Disputes:   December 19, 2026
- Selection of ADR Process:   January 20, 2026
- 5th Round of PAI Selections:   January 27, 2026
- Disclosures for 4th Round PAI Selections:   February 24, 2026
- Disclosures for 5th Round PAI Selections:   April 28, 2026
- Complete Initial Fact Discovery Period:   May 18, 2026

The Court will hold a further case management conference on February 4, 2026 at 2:00 p.m. via Zoom video to discuss the parties' ADR selection, along with any other matters that need addressing.

**IT IS SO ORDERED.**

Dated: December 3, 2025

*/s/ Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States District Judge