DAMIEN A. LEE SBN 430135 (DC)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 576-3038
Email: damien.lee@eeoc.gov

MARCIA L. MITCHELL, SBN 18122 (WA)
BEATRIZ ANDRE, SBN 4394599 (NY)
KENA C. CADOR, SBN 321094 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0933
Fax No. (415) 522-3425
Kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*

Christina T. Tellado (SBN 298597)
ttellado@polsinelli.com
Mary Vu (SBN 323088)
mvu@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310-556-1801
Facsimile: 310-556-1802

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.<br><br>Defendant. | Case No.: 3:23-cv-04984-JSC<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

SARA A. BEGLEY (*admitted pro hac vice*)
DANA E. FEINSTEIN (*admitted pro hac vice*)
POLSINELLI LLP
Three Logan Square
1717 Arch St, Suite 2800
Philadelphia, PA 19103
Telephone: 215-267-3001
Facsimile: 215-267-3002
sbegley@polsinelli.com
dfeinstein@polsinelli.com

TYREE P. JONES JR., SBN 127631 (CA)
POLSINELLI
1401 I Street, N.W.,
Washington, DC 2005-3317
Telephone No. (202) 783-3300
tjones@polsinelli.com

RAYMOND A. CARDOZO, SBN 173263 (CA)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone No. (415) 543-8700
Fax No. (415) 391-8269
rcardozo@reedsmith.com

*Attorneys for Defendant TESLA, INC.*

Pursuant to the Court's June 24, 2026, Order Following Further Case Management Conference (ECF 112), Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and Defendant Tesla, Inc. (Tesla), (collectively, the parties), hereby submit the following Updated Joint Case Management Conference Statement (CMC Statement). In accordance with the Court's Pretrial Order No. 2 and Civil Standing Order this CMC Statement only addresses new issues. (ECF 65; Civil Standing Order at 2, Section E.)

**1. Motions**

There are no pending motions.

**2. Settlement and ADR**

The Parties participated in a private mediation session, in-person, on April 13, 2026. While the Parties agree the session was productive, to date, the Parties have been unable to resolve the matter and accordingly seek to move into the earlier proposed second phase of discovery.

**3. Discovery**

On July 9, 2026, the Court Approved the Parties' Protocol for Phase Two Discovery (ECF 114). On July 28, 2026, the EEOC disclosed to Tesla approximately 560 Aggrieved Individuals—Black employees employed at Tesla's Fremont facility with viable claims on whose behalf the EEOC will seek monetary relief at trial. Aggrieved Individuals are among the Black employees the EEOC earlier identified to Tesla as Potentially Aggrieved Individuals. The EEOC expects to provide a final supplemental disclosure identifying Aggrieved Individuals for trial on or before October 5, 2026, and anticipates disclosing no more than 15 additional Aggrieved Individuals.

**(a) EEOC's Second Set of Discovery Requests**

The EEOC served Tesla with its Second Interrogatories and Second RFPs on September 4 and September 3, 2025, respectively. Tesla issued responses and objections on October 6, 2025. The parties met and conferred regarding the scope of the EEOC's request and the timing of Tesla's response on July 24, August 14 and August 26, 2026. On September 23, 2026, the EEOC requested Tesla confirm that it intends to complete production of information responsive to its September 4, 2025 RFP by February 28, 2027. Following the parties' meet-and-confer discussions, the parties agreed to narrow the scope of the EEOC's Second RFPs. Tesla has agreed to produce information

responsive to the Second RFPs, as narrowed by that agreement, in rolling productions beginning October 15, 2026 and concluding no later than February 28, 2027. Additionally, the EEOC seeks to reach agreement with Tesla that information needed ahead of certain depositions are prioritized for production. For example, the EEOC will notify which AI and supervisor information should be produced ahead of the November depositions. Tesla is willing to work with the EEOC to prioritize information needed for depositions.

**(b) EEOC's Third Set of Discovery Requests**

**EEOC's Position:** The EEOC served Tesla with its Third Requests for Production on August 26, 2026. Tesla subsequently requested a six-week extension of time through November 6, 2026, to serve its responses and objections and to "gather the information necessary to respond fully to the requests." The Parties exchanged communications regarding the requested extension on September 11 and September 22, 2026. The EEOC stated it is amendable to an extension of 4 weeks, provided Tesla completes producing responsive documents by October 22, 2026. Tesla has advised the EEOC that it intends to produce responsive documents with its responses and objections, but that additional responsive information will necessarily be produced on a rolling basis thereafter. The EEOC has never been opposed to responsive documents being produced on a rolling basis, rather the EEOC needs to ensure it is completed with enough time prior to the end of discovery.

**Tesla's Position:** The EEOC's Third Requests for Production are extensive and, among other things, require Tesla to identify potentially responsive electronically stored information from tens of millions of documents using search terms that the parties are still in the process of negotiating. Given the extraordinary volume of data implicated, as well as the need to apply agreed-upon search terms, collect and process potentially responsive materials, and review those materials for responsiveness and privilege, completion of the entire production by October 22, 2026 is not practicable. Tesla is diligently working to respond to the EEOC's requests and has committed to producing responsive information as it becomes available rather than withholding production until its review is complete. Under these circumstances, rolling productions are not a delay tactic but a practical necessity dictated by the scope and volume of the EEOC's requests. Tesla remains committed to completing its response as expeditiously as reasonably possible.

**(c) Depositions**

Pursuant to the Court's Civil Standing Order, the EEOC invited Tesla to meet and confer regarding deposition scheduling, and logistics regarding remote depositions. The EEOC provided a tentative proposal for Tesla's consideration on September 25, 2026, including a request for Tesla's availability to attend depositions from November 2026 through February 2027. The EEOC anticipates noticing and taking depositions beginning in November 2026. On September 29, 2026, Tesla responded to the EEOC noting that it will attempt to accommodate the EEOC's requested deposition dates and asking to meet and confer regarding same, but noting that deposition scheduling will also depend on witness availability.

**4. Pending Discovery Disputes**

There are no ripe discovery disputes at this time. The parties will continue to work together to schedule a time to meet and confer regarding EEOC's Discovery Requests and Tesla's production of requested information.

**5. Approved Schedule**

The Court Ordered the following deadlines on June 24, 2026 (ECF 112).

| Event | Deadline |
|---|---|
| **End of Phase 2 Discovery** | September 1, 2027 |
| **Expert Disclosures** | October 1, 2027 |
| **Rebuttal Expert Disclosures** | November 1, 2027 |
| **Close of expert discovery** | December 1, 2027 |
| **Dispositive Motions** | March 1, 2028 |
| **Trial** | TBD |

The Parties will propose the trial plan after discovery and dispositive motions. The Parties anticipate that the factual record and Court's ruling on dispositive motions will inform the trial plan.

Respectfully submitted, Dated: September 30, 2026

BEATRIZ BISCARDI ANDRE
Acting Regional Attorney
Los Angeles District Office

DAMIEN A. LEE
Acting Regional Attorney
San Francisco District Office

MARCIA L. MITCHELL
Assistant Regional Trial Attorney

KENA C. CADOR
Senior Trial Attorney

MARIKO M. ASHLEY
Senior Trial Attorney

BY: *_/s/Kena C. Cador_*
Kena C. Cador
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0933
Fax No. (415) 522-3425
kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*

BY: *_/s/Dana Feinstein_*
Dana Feinstein
POLSINELLI LLP
Three Logan Square
1717 Arch St, Suite 2800
Philadelphia, PA 19103
Telephone: 215-267-3001

*Attorneys for Defendant Tesla Inc.*

## LOCAL RULE 5-1(i)(3) ATTESTATION

I, Kena C. Cador, am the ECF User whose ID and password are being used to file the Joint Case Management Conference Statement. In compliance with Local Rule 5-1(i)(3), I hereby attest that Dana Feinstein concurs in this filing.

Dated: September 30, 2026

*_/s/Kena C. Cador_*
Kena C. Cador
Senior Trial Attorney